AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

TUAN PHUOC LE
DOB:  11/19/1971
PDID: 574-891

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __June 21, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

willfully assault, strike, wound, and offer violence to a foreign official, official guest, and internationally protected person, to wit, Nguyen Quoc Huy, Vice Chairman of the Prime Minister's Office for the Socialist Republic of Viet Nam.

in violation of Title __18__ United States Code, Section(s) __112(a)__.

I further state that I am __Jeremy Stalla, Special Agent with the U.S. Department of States, Diplomatic Security Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Jeremy Stalla, Special Agent
U.S. Department of States, Diplomatic Security Service

AUSA, Bruce Hegyi   (202) 305-9637
Sworn to before me and subscribed in my presence,

_____
Date

at   __Washington, D.C.__
     City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer