**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

TUAN PHUOC LE
DOB: 11/19/1971; PDID: 574-891

I, Jeremy Stalla, having been duly sworn, hereby deposes and says:

1) I am a Special Agent (SA) of the United States Department of State (DOS), Diplomatic Security Service (DSS). I am assigned to the Washington Field Office (WFO), located in Dunn Loring, Virginia. I have been employed as a Special Agent since June 21, 2003. I am assigned to investigate criminal violations of matters relating to the U.S. Department of State and the protection of visiting foreign dignitaries. I have completed training in criminal investigations at the Federal Law Enforcement Training Center and the Diplomatic Security Training Center.

2) This affidavit is made in support of a criminal complaint for TUAN PHUOC LE, DOB 11/19/1971. I make the following statements based on information obtained during investigations, including my personal observations, the statements of witnesses, information supplied to me by other law enforcement officers and data obtained through the use of commercial computer indices and the use of computerized law enforcement databases. I have not set forth each and every fact that I know regarding this investigation.

3) Based on the facts set forth below, there is probable cause to believe that TUAN PHUOC LE did willfully and unlawfully assault, strike, wound, and offer violence to a foreign official, official guest, and an internationally protected person, to wit, NGUYEN QUOC HUY, Vice Chairman of the Prime Minister's Office, Socialist Republic of Viet Nam, by striking the Vice Chairman with a closed fist in or about the face and with force, on June 21, 2005, in Washington, D.C., in violation of 18 United States Code, Section 112(a).

4) During a U.S. DOS protection detail an assault occurred on one of the members of the official delegation of the Socialist Republic of Viet Nam, to wit, NGUYEN QUOC HUY, Vice Chairman of the Prime Minister's Office for the Socialist Republic of Viet Nam. The assault took place in the area of the rear entrance of the Willard Hotel on 14th Street, N.W., and F Street NW, Washington, D.C.

     5)  On June 21, 2005, SA Stalla, while working as an advance agent securing the Willard Hotel, observed a large group of protesters gathering around the hotel.  Among other things, the crowd of protesters had bull horns, were screaming and waving flags, and appeared very rowdy.  TUAN PHUOC  LE was a part of this crowd.  As Vice Chairman HUY, a State Department protectee, was speaking with another member of the embassy delegation in the rear of the hotel, TUAN PHUOC LE ran up behind Vice Chairman HUY, and without warning or provocation, TUAN PHUOC LE hit Vice Chairman HUY on or about  the side of the face with such force as to move Vice Chairman HUY's head from the jolt, and to knock Vice Chairman HUY to the ground.  TUAN PHUOC LE then ran in the direction of SA Jeremy Stalla, who arrested TUAN PHUOC LE.

     6)  Following his arrest, TUAN PHUOC LE stated, among other things, that he knew where Vice Chairman HUY was going to be staying, and that when he saw Vice Chairman HUY at the Willard Hotel,  he could not stand looking at him; that Vice Chairman HUY was a communist; and "I hit him in the neck or the shoulder with my fist.  He was a communist and he killed my U.S. Marine father in Vietnam," or words to this effect.  TUAN PHUOC LE stated that he was a part of a group called "My Voice, My Country."  He said the group was in Washington, D.C. for a day protesting peacefully against communism.

     7)  Based on the above information, your affiant believes probable cause exists that TUAN PHUOC LE has violated Title 18, United States Code, Section 112(a).

                                   Jeremy Stalla, Special Agent
                                   United States Department of State
                                   Bureau of Diplomatic Security

SUBSCRIBED AND SWORN TO BEFORE ME on this_____ day of June, 2005

                                   United States Magistrate Judge