IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. No. : |
| | : | |
| v. | : | MAG. No. : 05-0357 |
| | : | |
| **TUAN PHOUC LE,** | : | Violation: |
| | : | |
| Defendant. | : | 18 U.S.C. § 112(a) |
| | | (Assault on Foreign Official) |

# I N D I C T M E N T

*The Grand Jury charges that:*

## COUNT ONE

On or about the 21st day of June, 2005, in the District of Columbia, the defendant, TUAN PHOUC LE, did assault, strike, wound, and offer violence to Nguyen Quoc Huy, Vice Chairman of the Prime Minister's Office for the Socialist Republic of Vietnam, a foreign official, official guest, and an internationally protected person, and did inflict bodily injury thereon.

(**Assault on Foreign Official,** in violation of Title 18, United States Code, Section 112(a)).

A TRUE BILL


FOREPERSON


Attorney of the United States in
and for the District of Columbia