**In The United States District Court**
**For the District of Columbia**

United States of America                    }
                                            }
          v.                                }          Criminal No. 05-0334 (ESH)
                                            }          Judge Huevelle
Tuan Le                                     }
                    Defendant               }

**LINE/PRAECIPE**

Please enter the appearance of Kenneth M. Robinson as Retained counsel.


                                        Respectfully Submitted,


                                        _____
                                        Kenneth M. Robinson,
                                        Bar # 51706
                                        The Robinson Law Firm
                                        717 D Street, NW
                                        Fourth Floor
                                        Washington, DC 20004
                                        (202) 347-6100
                                        (202) 347-0081 fax



                        Certificate of Service


    I, Kenneth M. Robinson, certify service by mail this _____ day of October,

2005 in AUSA assigned to this case.



                                        _____
                                        Kenneth M. Robinson,
                                        Bar # 51706
                                        The Robinson Law Firm
                                        717 D Street, NW
                                        Fourth Floor
                                        Washington, DC 20016
                                        (202) 347-6100
                                        (202) 347-0081 fax