**In The United States District Court**
**For the District of Columbia**

| | |
|---|---|
| United States of America | } |
| | } |
| v. | }  Criminal No. 05-0334 (ESH) |
| | } |
| Tuan Le | } |
|     Defendant | } |

**LINE/PRAECIPE**

Please enter the appearance of Kenneth M. Robinson as retained counsel.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

## Certificate of Service

I, Kenneth M. Robinson, certify service by mail this _____ day of October, 2005 on AUSA assigned to this case.

                                                                         _____
                                                                         Kenneth M. Robinson,
                                                                         Bar # 51706
                                                                         The Robinson Law Firm
                                                                         717 D Street, NW
                                                                         Fourth Floor
                                                                         Washington, DC 20016
                                                                         (202) 347-6100
                                                                         (202) 347-0081 fax