IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 0 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| - vs - | § Criminal No. 05-0334 (ESH) |
| TUAN PHOUC LE, | § |
| Defendant. | § |

## ORDER

The defendant, TUAN PHOUC LE, having filed a notice of insanity defense pursuant to Federal Rule of Criminal Procedure 12.2(a), and the Government having orally moved pursuant to Title 18, United States Code, Section 4242(a) for an examination of the defendant pursuant to Title 18, United States Code, Section 4247, and having heard arguments of counsel and having reviewed the papers on file herein, the Court is of the opinion that the Government's Motion is well-taken and should be granted. It is, therefore, this 2nd day of December, 2005

ORDERED that defendant TUAN PHOUC LE is forthwith committed to the Federal Medical Center, Butner, North Carolina for a reasonable period of time, not to exceed forty-five (45) days, for the purpose of examination to determine whether the defendant was insane at the time of the offenses charged in the attached copy of the indictment.

IT IS FURTHER ORDERED that defendant TUAN PHOUC LE shall report in person to the Federal Medical Center, Butner, North Carolina, on ~~December 27, 2005~~ January 9, 2006, no later than 12:00 noon for the purposes of submitting to such in-patient evaluation and testing as may be requested by the authorities at the Federal Medical Center, Butner, North Carolina, following which TUAN PHOUC LE shall be released

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 4247(b) and (c), the defendant shall submit to such examination and that the psychiatric/ psychological report shall be sent, on or before ~~February 7~~ MARCH 7, 2006, to (1) the United States District Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001; (2) Assistant United States Attorney Bruce R. Hegyi, United States Attorney's Office, Room 4848, 555 Fourth Street, N.W. Washington, D.C. 20530 (fax: 202/353-9414); and (3) the defendant's attorney, Kenneth M. Robinson, Esquire, 717 D Street, N.W., 4th Floor, Washington, D.C. 20004 (fax: 202/347-0081). Pursuant to Title 18, United States Code, Section 4247(c), said report shall include: (1) the defendant's history and present symptoms; (2) a description of the psychiatric, psychological and medial tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant was insane at the time of the acts constituting the offense.

IT IS FURTHER ORDERED that, following completion of the examination and testing at the Federal Medical Center, Butner, North Carolina, defendant TUAN PHOUC LE shall submit to, and cooperate in, the evaluation and testing of a psychiatrist and/or a psychologist, to be identified by the Government. Counsel are directed to endeavor to coordinate by agreement the dates, times, and locations of such examination(s) and/or testing(s).

SO ORDERED, this 2nd day of December, 2005.

_Ellen S. Huvelle_
UNITED STATES DISTRICT JUDGE
12/2/05