**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America | } |
| | } |
| v. | } Criminal No. 05-0334 (ESH) |
| | } |
| Tuan Le | } |
| Defendant | } |

**Motion Requesting Immediate Release of
Defendant Tuan Le**

Previously Mr. Le voluntarily submitted to temporary confinement at the Medical Center in Butner, North Carolina, in order that the government could conduct a (30) day study and evaluation for psychiatric purposes. Thereafter the facility sought and received an additional (45) days to complete the study. A release date of March 25, 2006, was Ordered. Butner refuses to release Mr. Le, refuses him access to the phone to call counsel, and refuses to provide any information about his release. This is due to the hostility of his case workers. We seek the immediate release of Mr. Le and an Order specifying that it will be contempt of court, jailable offenses, for those who cause further incarceration of Mr. Le contrary to this court's Order.

Mr. Le has been diagnosed by Cecil Harris, PhD, as suffering from Post Traumatic Stress Disorder, unaware of the rightfulness or wrongfulness of his actions allegedly committed in this case. As a result he was Ordered to surrender to the Butner Medical Center on January 9, 2006. He surrendered and began the testing process. Thereafter Butner stated it lacked translators, that it needed (45)

more days to complete its task. We agreed to said request but a release date was Ordered for March 25, 2006.

On February 1, 2006, an inmate there wrote to undersigned and complained that prison officials, Mr. Garcia and Mr. Adams, and Mr. Hougen had placed Mr. Le in a room, demanded that he sign a piece of paper written in English, slammed a fist on the table and screamed at him.[1] The officials were trying to make Mr. Le state that he understands English and to sign such a document. They asked an inmate if he could speak English and were told "No."

As a result of said notice, counsel sent a letter dated March 6, 2006, to Messrs. Garcia and Adams (Addendum "B" incorporated herein). In that letter counsel warned the men to cease abuse of Mr. Le. Thereafter Mr. Adams called counsel and became belligerent. Upon information and belief Mr. Le has been placed in what is tantamount to solitary confinement since that time. Attempts to discuss his release continue to be ignored. These constitution violations of Mr. Le's rights must cease immediately and Messrs. Garcia and Adams should be Ordered before this before court to be questioned about their illegal actions.

As the court can see from the attached exhibits, the Butner Medical Center has used offensive, unconstitutional acts to try and build a case against Mr. Le, to apparently demonstrate he is malingering. As a result of Mr. Le's prison associates contacting counsel, the misdeeds of these offensive officials have been noted. They, in turn, have retaliated and kept Mr. Le in isolation, not

---

[1] Addendum "A-1" is a copy of the letter of February 1, 2006 and it is redacted to protect the prisoner's identity who sent the letter. Addendum "A-2" is a memo sneaked out of the Medical Center from Mr. Le, written by another person, signed by (11) inmates who have attested to the fact that Mr. Le does not comprehend English, cannot communicate properly in English.

released him when Ordered to do so and have been belligerent with Mr. Le, his family, friends and counsel.

**WHEREFORE**, it is respectfully requested that the Court enter a FORTHWITH Order (not alluring any time for a government reply here as a reply is irrelevant to the timely release of Mr. Le) and inform said Medical Center officials that failure to comply to said Order may result is a $10,000.00 per day fine and confinement of those in defiance of said Order.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

### Certificate Of Service

I, Kenneth M. Robinson, certify service by facsimile at (202)353-9414 on Bruce Hegyi, this 27th day of March 2006, and a copy sent as well to attention of Messrs. Garcia and Adams.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

<b><u>IN THE UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF COLUMBIA</u></b>

| | |
|---|---|
| United States of America  } | |
|      } | |
|     v.    } | Criminal No. 05-0334 (ESH) |
|      } | |
| Tuan Le    } | |
|     Defendant    } | |

<b><u>ORDER</u></b>

This matter having come before the court by a Motion for the Immediate Release of Defendant, Tuan Le and good cause appearing, it is

**ORDERED** that the Medical Center at Butner, North Carolina IMMEDIATELY release Tuan Le from its facility within (60) minutes of receipt of this Court Order, by facsimile, and it is

**FURTHER ORDERED** that any failure to immediately comply with this Order shall result in a fine of $10,000.00 per day and the detention of any and all prison officials involved in causing the further detention of Tuan Le. A Hearing to Show Cause Will Be Held and said persons shall appear and show cause for then defiance of this Court ORDER

    **DONE & ORDERED** this _____day of March, 2006.

_____
U.S. District Judge