Addendum "A-1"

On February 1st 2006, ▓▓▓ and Tuan Le at 13:00 hours had Team meeting at Duke Unit at Butner Prison. Mr. Garcia, Mr. Adams and Mrs. Haugen called Tuan Le in office. I noticed Tuan Le was very confused. I saw Mr. Adams stand up and hit the table. Then Tuan Le stood up. He looked very scared. Mr. Adams pushed paper towards Tuan Le. I noticed Tuan Le shaking his head no. Later I ▓▓▓ was asked could Tuan Le speak English. I answered, very little but not enough to understand. I said I tried to help as much as possible. But it was very hard.

[Name of Inmate] [STRICKEN FOR MOTION/PROTECTION]

Msr 05 QE ID:59a      abc

'.    *T~U AM

1/2/2006

I do swear upon my oath that; TUAN P. LE, does not seem to know enough english to comprehend what is being said to him. I have to help him by pointing to objects and several items fo V,e\p W\m comprehend. TUAN P. LE Kos ~ ··· y good disposition about himself. Several of us in this unit see that he has major difficulties with the english language, however we don't Pn^f^•e Vve.\p\r> g him out as vn I I ~~~~~~~~ rs things he may for some of his legal work.

7,

# THE ROBINSON LAW FIRM

KENNETH MICHAEL ROBINSON**
CAMERON MARLO ROBINSON + 0
NIKOLAOS P. KOUBTESIS+0

* ACMITTICD IM B.C. +
ADMITTED IN HD 0
ADMITTED IN HJ
tADMITTKO IN VA

MARKEt SQUARE
717 D STREET, N.W., FOURTH FLOOR
WABHINOTON, D.C. Z0OO4
(2O2) 347-flIOO
FAX (2O2) 347-GOBI
INTERNET ADDREB*: www.roblDsonlBwdc.com

MARVLANO OFFICE
109OS INDIAN HEAD HIGHWAY
SUITE 2O1
FORT WASHINGTON, MARYLAND 20744
I.BOO-B23-BO7O
FAX 1301) 2BZ-7S02

March 6, 2006

Mr. Garcia
Mr. Adams
Federal Medical Center
P.O. Box 1500
Butner, North Carolina 27509

Re: My Client: Tuan Phouc Le, Register No.:28162-016, Docket No.:05-0334 (ESH)

Dear Mr. Garcia and Adams:

    I have been informed that you two men have been abusive with my client, Tuan Phouc Le, tried to make him sign papers in English which he cannot read and does not understand. You have frightened him.

    Mr. Le speaks very little English, surely you know this since he has had to stay for (75) days at Butner for evaluation due to there not being Vietnamese translators available. DO NOT INTINIMIDATE Mr. Le again. Do you understand? He is suffering from post traumatic stress disorder as a result of abuse by communist soldiers treatment. He is at Butner being evaluated for PTSD. He certainly does not expect nor intend, to be treated in a similar intimidating way by American Correctional personnel. Do you understand this and recognize he has rights while in your facility voluntarily?

    If you do not understand my message cal me immediately OK?

Sincerely,

Kenneth M. Robinson

Cc: Tuan Phouc Le

# THE ROBINSON LAW FIRM

KENNETH MICHAEL ROBINBON+*
CAMERON MARUO HOBIM9ON+0
NIKOLAOB P. KOURTE5I3+Q

MARKET SQUARE
**717 D STREET, N.W., FOURTH FLOOB**
WASHINGTON, D.C. 20004
(20Z) 347-6100 FAX
(2O2) 347-OO81
INTERNET ADPRESSI www.robtnsonlawdc.com

MARYLAND OKI-ICE
10903 INDIAN HEAD HIGHWAY
SUITE ZOI
FORT WASHINGTON, WARYLAND SO744
r-BOO.B23.BO7O
FAX (301) ZS2.7SOZ

• ADMITTED IN D.C. t-
ADMITTED IN MB 0
ADMITTED I« 1J
tADMnTED IN VA

March 6, 2006

Tuan Phouc Le, Register No.:28162-016, Docket No.:05-0334 (ESH)
Federal Medical Center
P.O. Box 1500

Butner, North Carolina 27509

Re; your obligations/release

Dear Mr. Le:

    You will be released from Butner, North Carolina on March 25, 2006. You are to immediately call Ms. Kim Watson, at pre-trial services in Washington, DC at (202)442-1007. You are to appear here in court on April 13, 2006 at 9:30 a.m. Call me immediately when released. My numbers are (202)347-6100 and (703)966-7420.

    Thank you,

    *Kenneth M. Robinson*

**Cc: VIA FACSIMILE**
Kim Watson, pre-trial release By
facsimile to (202)442-1001

- CO

# THE ROBINSON LAW FIRM

| | | |
|---|---|---|
| KENNBTH MICHAEL ROBIN5ON+*<br>CAMEKON MARL.Q ROBINSON+S<br>NIKOLAOS p. KOUnTESIS+0<br><br>•ADMITTED IH B.C.<br>* ADMITTED IN MD 0<br>ADMITTED IN NJ<br>t ADMITTED IN VA | MARKET SQUARE<br>717 D STREET, N.W., FOURTH FLOOR<br>WASHINGTON, D.C. 2OOO4<br><2O2) **347-61OO**<br>FAX <2O2) **347-OOB1**<br>INTERNET ADDRESS: **www.robtnsonlawdc.com** | HAHVLAND OFFICE<br>10903 INDIAN HEAD HIGHWAY<br>SUITE 201<br>FOHT WASHINGTON, MARYLAND Z»744<br><br>FAX ( |

DATE: *i06*

TO: *Kirn*

FROM: Kenneth M. Robinson,

RE: *Pk&u/_ U*

FAX:

PAGES: .
(INCX COVER PAGE)

COMMENTS: _

THE INFORMATION CONTAINED IN THIS FACSIMILE IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE. IF YOU HAVE RECEIVED THIS FAX IN ERROR OR IF YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (202) 347-6100.

U3/'J6/2UUti II'.ZH KAA  **ZUZ34YUU8.1.**          KUB1MSUN LAW F I KM

                                      \*\*\*   TX REPORT   \*\*$

**TRANSMISSION OK**

| | |
|---|---|
| TX/RX **NO** | 0998 |
| **DESTINATION** TEL | **03/06** 14:28 |
| DESTINATION **ID** | **00'34** |
| ST. **TIME TIJtE** | 2 |
| USE **PAGES** SENT | **OK** |
| RESULT | |