IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| - vs - § | Criminal No. 05-0334 (ESH) |
| § § | |
| TUAN PHOUC LE, § § | |
| Defendant. § § | |

**ORDER**

The Court, having considered Defendant's Motion Requesting Immediate Release of Defendant Tuan Le ("Defendant's Motion"), the Government's Response thereto, the entire record herein, and hearing arguments of counsel, is of the opinion and finds that Defendant's Motion is without merit and should be denied.  Its, therefore, this ____ day of April, 2006

ORDERED that Defendant's Motion be, and hereby is, in all things DENIED.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

.

Copies to:

AUSA Bruce. R. Hegyi
555 Fourth Street, N.W., Room 4848
Washington, D.C.  20530

Kenneth M. Robinson, Esquire
717 D Street, N.W., Fourth Floor
Washington, D.C.  20004