P.S. 7331.03

November 22
Attachment C,

BP-S561.073 **PRE-TRIAL INMATE REVIEW REPORT** CDFRM
DEC 94
**U.S. DEPARTMENT OF JUSTICE**                                          FEDERAL BURE

| | |
|---|---|
| FCI BUTNER, NORTH CAROLINA | NORTH CAROLINA |
| Institution | Unit |
| Le, Tuan Phouc | 28162-016 | 02-01-2006 |
| 1. Name | 2. Reg. No. | 3. Date |
| 02-01-2006 | Yes |
| 4. Initial Pre-Trial Review Date | 5. Inmate Present (Yes/No) |

6. Key Indicators/Considerations: The following items were considered or reviewed during your Pre-Trial Review.

| | | | |
|---|---|---|---|
| Separation Needs | No | Media Interest | N/A |
| Work | No | Counseling | Psych |
| Quarters | NC | Detainers | None |
| Intake Screening & other Pre-trial notification forms | Completed | Behavioral Adjustment Custody | Good |
| Education/VT | Voluntary | Mental/Physical Health | Psy Eval. |
| Religious Programming | No response | Visiting | No |
| Recreation | No response | Bail Status | N/A |
| Court Status | Pre-trial | | |
| 7. Next Court Date: | Unknown | 8. Asst U.S. Atty: | Bruce R. DC |

9. Team Comments: (To include changes in present status)
Recommend participation in Psy. Evaluation/Treatment, Correctional, Psychological Counseling and in Voluntary programs or groups offered maintain good conduct and unit sanitation.
                                                                      **407/408 REVIEWED**

10. Signatures:                                Date of next review: 05-11-200

_____              X Refuse to Sign   2/1/06
Team Chairperson                              Inmate              Date

cc: Inmate
    File
(THIS FORM MAY BE LOCALLY REPRODUCED OR REPLICATED VIA WORD PROCESSING)

GOVERNMENT EXHIBIT 1