**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America    } | |
| }| |
| v.    } | Criminal No. 05-0334 (ESH) |
| } | |
| Tuan Phouc Le    } | |
|         Defendant    } | |

**Reply To Government's Belated Response to Motion for Immediate Release of Tuan Le**

Counsel holds Assistant United States Attorney Bruce R. Hegyi in high regard. The previous "related" case, <u>United States</u> v. <u>Gerard Kiley</u>, a trial non-jury before Magistrate-Judge Robinson was cordial and professional. Mr. Hegyi has been responsive and did personally get involved in the eventual release of Mr. Le from Butner, North Carolina, something he did not have to do. However, Mr. Hegyi, as the government's advocate in this pending motion for Immediate Release, is seriously mis-informed about the facts involving Mr. Le's mis-treatment at Butner. We do not object to the Motion being withdraw/vacated as moot but oppose it being denied.

Counsel, not Mr. Hegyi, knows the abilities of Mr. Le to speak, understand, read and write the English language. Counsel always has an interpreter when meeting, communicating with Mr. Le. Phone conversations with Mr. Le are painfully unproductive. Mr. Le suffers from Post Traumatic Stress Disorder; the officials at Butner know he was there for evaluation, that an inmate there for evaluation <u>only is not to be confronted for any reason</u> as was Mr. Le, purportedly to fill out some administrative form. Yet (3) officials berated him, yelled at him, tried to make him sign a document, written in English, that showed an

1

understanding of the language, a document that would be tantamount to proof In the insanity defense that he is a fake, thus creating a foundation for a possible finding of malingering, faking something as basic as misleading everyone about his ability to communicate in English.

Mr. Le was punished for refusing to sign that piece of paper. He was denied access to visits from Vietnamese friends and calls with counsel. He was not released after the psychologists were done with their work. None of this should have occurred.

But for counsel's motion and allegation he would still be confined. The court was given notice, as was Mr. Hegyi. Mr. Le was released. An insanity defense will be presented and those officials who mistreated of Mr. Le will be utilized or cross examination to demonstrate how he was treated while there at Butner to be evaluated. Any attempt to demonstrate malingering will be responded to with this and other evidence on how unfair the prison officials tried to treat, manhandle Mr. Le.

**WHEREFORE**, it is requested that the motion be vacated, but remain filed, vacated as moot due to the release of Mr. Le.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

2

## Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile at (202)353-9414 on Bruce Hegyi, this 7th day of April 2006, and a copy sent as well to attention of Messrs. Garcia and Adams.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| v. | } | Criminal No. 05-0334 (ESH) |
| | } | |
| Tuan Le | } | |
| Defendant | } | |

### ORDER

This matter having come before the court by a Motion for Immediate Release of Defendant, Tuan Le and good cause appearing, it is

**ORDERED** that the Motion is Vacated as Moot.

**DONE & ORDERED** this _____ day of April, 2006.

_____
U.S. District Judge

4