# GARDEN GROVE POLICE DEPARTMENT
## REPORT OF ARREST

☐ GSU
☑ ADULT          ☐ JUVENILE

ARREST # _____          DR __93-929?__

| NAME - LAST | FIRST | MIDDLE |
|---|---|---|
| Le | Tuan | Phuoc |

AKA(S)/MONIKER

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 12641 Hazel | GG | CA | 92841 | (714) 267-3819 |

| EMPLOYED BY/ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| Unemployed | — | — | — | ( ) |

| DRIVERS LICENSE # | STATE | BIRTH PLACE | OCCUPATION | SOCIAL SECURITY # |
|---|---|---|---|---|
| B0896642 | CA | Vietnam | Unemployed | 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 |

**SEX** ☑ M  ☐ F

☐ A-Other Asian  ☐ B-Black  ☐ C-Chinese  ☐ D-Cambodian  ☐ F-Filipino  ☐ G-Guamanian  ☐ H-Hispanic
☐ I-Indian  ☐ J-Japanese  ☐ K-Korean  ☐ L-Laotian  ☐ O-Other  ☐ P-Pacific Islander
☐ S-Samoan  ☐ U-Hawaiian  ☑ V-Vietnamese  ☐ W-White  ☐ Z-Asian Indian

| HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE |
|---|---|---|---|---|---|
| — | 120 | Blk | Brn | — | 20 |

| DATE | TIME | LOCATION OF ARREST | TEAM | DISTRICT |
|---|---|---|---|---|
| 6-5-98 | 1145 | 12641 Hazel | 1-4 | 84 |

**ARREST MADE BY**
☑ 01 PATROL OFFICER  ☐ 02 DETECTIVE INVESTIGATOR  ☐ 03 YOUTH SERVICES OFFICER  ☐ 04 SIU/SPECIAL UNIT
☐ 05 TRAFFIC OFFICER  ☐ 06 OFF DUTY OFFICER  ☐ 07 PRIVATE SEC.  ☐ 08 CIVILIAN
☐ 09 OTHER POLICE DEPT.

**LEVEL**
☐ 1 601WI ARREST ONLY
☐ 2 MISDEMEANOR
☑ 3 FELONY

**SECTION(S) CHARGED:**
273.5(A)PC - Corporal Injury to Spouse
245(A)(1)PC Assault w/a Deadly Weapon

| WARRANT # | JUDICIAL DISTRICT | ORIGINATING DEPT. | BAIL | CSI WORK PERFORMED | |
|---|---|---|---|---|---|
| | | | | ☐ FINGERPRINT  ☑ BOTH | ☐ MUGGED  ☐ NEITHER |

| DISPOSITION OF ADULT | CITE #/BOOKING | REASON FOR RELEASE |
|---|---|---|
| ☐ 1 CITATION  ☑ 2 JAIL  ☐ 3 OTHER | 181941 | |

**DISPOSITION OF JUVENILE**
☐ 1 PETITION  ☐ 2 DETAINED  ☐ 3 INFORMAL  ☐ MINOR HELD IN UNLOCKED ROOM  ☐ MINOR HELD IN LOCKED CELL

| TIME MINOR BROUGHT TO POLICE FACILITY | |
|---|---|

**SCHOOL STATUS:** ☐ ATTENDING  ☐ QUIT  ☐ SUSPENDED
SCHOOL:          CITY:          GRADE:

TIME MINOR RELEASED TO ADULT OR JUVENILE HALL

| FATHER/STEP/GUARDIAN | MOTHER/STEP/GUARDIAN |
|---|---|
| | |

| ADDRESS | WORK PHONE ( ) | ADDRESS | WORK PHONE ( ) |
|---|---|---|---|
| CITY | HOME PHONE ( ) | CITY | HOME PHONE ( ) |

| VEHICLE LICENSE # | ST | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|
| | | | | | | |

| VIN# | MILEAGE | COMPATIBLE PLATES ☐ YES  ☐ NO | PHOTO TAKEN ☐ YES  ☐ NO |
|---|---|---|---|

VEHICLE MISC.

| LOCATION OF VEHICLE | TOWED BY | ORDERED BY |
|---|---|---|
| | | |

| REGISTERED OWNER | ADDRESS |
|---|---|
| | |

GOVERNMENT EXHIBIT
1

| ARRESTING OFFICER/BADGE # | TRANSPORTING OFFICER/BADGE # | SIGNATURE/DATE |
|---|---|---|
| Kaiser #4460 | Donk 2350 | |

FORM #303 (REV. 3/98)

# GARDEN GROVE POLICE DEPARTMENT

DISPATCH TIME: 1033
ARRIVAL TIME: 1039
CLEARED TIME: 1600

- ☐ CRIME/INCIDENT REPORT
- ☒ DOMESTIC VIOLENCE
- ☐ BICYCLE REPORT

DR # 98-9295

- ☐ JUVENILE
- ☐ HATE CRIME
- ☐ GSU
- ☐ CONFIDENTIAL

| DAY | DATE | TIME | PRIMARY | RELATED |
|---|---|---|---|---|
| FRI. | 06-05-98 | 1033 | 273.5(A)PC/245(A)(1)PC | |

| ADDRESS OF OCCURRENCE | BUSINESS NAME | PHONE | DIVISION | DISTRICT |
|---|---|---|---|---|
| 12641 HAZEL | | | W4 | 84 |

| OCCURRED ON: DAY | DATE | TIME | OR BETWEEN: DAY | DATE | TIME |
|---|---|---|---|---|---|
| FRI. | 06-05-98 | 1015 | FRI. | 06-05-98 | 1033 |

| VICTIM / INFORMANT / DISCOVER - LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| VO | BE SAU | THI | A9485260 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 12641 HAZEL | GG | CA | 92841 | (714)638-2857 |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| N/A | | | | |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| F | V | 4-11 | 90 | BLK | BRN | 02-14-73 | 25 | — |

INTERPRETER NEEDED: ☐ YES   VICTIM PHYSICAL CONDITION:
LANGUAGE:   ☐ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☐ EMOTIONALLY UPSET ☒ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

| VICTIM / INFORMANT / DISCOVER - LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| (S) LE | TUAN | PHUOC | B3896642 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 12641 HAZEL | GG | CA | 92841 | (714)638-2857 |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| UNEMPLOYED | | | | |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| M | V | 5-5 | 100 | BLK | BRN | 11-19-71 | 27 | 623-62-434 |

INTERPRETER NEEDED: ☐ YES   VICTIM PHYSICAL CONDITION:
LANGUAGE:   ☐ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☐ EMOTIONALLY UPSET ☐ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

| VICTIM VEHICLE: | LICENSE | STATE | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VEHICLE DAMAGE | DISPOSITION OF VEHICLE | PHOTO TAKEN |
|---|---|---|
| | | ☐ YES ☐ NO |

| PROPERTY CODES | S-STOLEN | R-RECOVERED | S/R-STOLEN & RECOVERED | L-LOST |
|---|---|---|---|---|

| P/C | QTY | ARTICLE | BRAND | MODEL | SERIAL # | DESCRIPTIVE DETAIL | VALUE |
|---|---|---|---|---|---|---|---|

VICTIM'S INJURY

APPROX 10" REDDISH MARK TO RIGHTSIDE OF
VICTIM'S BACK

(W) PHAM, YEN                    DOB: 10-01-71
SAME AS ABOVE

(O) OFC. V. ENRIQUEZ #2709            GGPD
(O) CADET VU, K. #0553                 "

ADDITIONAL FORMS USED: ☒ NARRATIVE ☒ ARREST ☐ P/E ☐ MO DATA ☐ VEH REPORT ☐ SUSPECT ☐ CSI ☐ OTHER ☐ COPY OF TEMP. RESTRAINING ORDER

| OFFICER/BADGE # | TIME | BROADCAST | PRINT SUPERVISOR NAME/INITIAL |
|---|---|---|---|
| KAISER #4460 | | | |

FORM #308   REVISED 07/97

## COMPLETE APPROPRIATE SECTION

DR # 98 - 9295

## BICYCLE REPORT

☐ EVIDENCE   ☐ FOUND   ☐ SAFEKEEPING    ITEM #_____

☐ BOYS   ☐ GIRLS     VALUE $_____

SERIAL #_____    SERIAL # ALTERED: ☐ YES ☐ NO    MODEL #_____

BRAND_____    LICENSE #_____    YEAR_____

COLOR_____    FRAME REPAINTED: ☐ YES ☐ NO    ENTERED INTO APS: ☐ YES ☐ NO

| | | | | | |
|---|---|---|---|---|---|
| SPEEDS: | ☐ 1 SPD | ☐ 3 SPD | ☐ 5 SPD | ☑ 10 SPD | ☐ OTHER_____ |
| WHEEL SIZE: | ☐ 20" | ☐ 24" | ☐ 26" | ☐ 27" | ☐ OTHER_____ |
| SEAT TYPE: | ☐ STANDARD | ☐ RACING | ☐ BANANA | ☐ OTHER_____ | |
| HANDLEBARS: | ☐ STANDARD | ☐ RACING | ☐ HIGHRISE | ☐ OTHER_____ | |
| TIRES | ☐ STANDARD | ☐ BLACK WALL | ☐ GUM WALL | ☐ KNOBBY | ☐ OTHER_____ |

OTHER IDENTIFICATION MARKS AND CONDITION:_____

DISPOSITION OF BICYCLE: ☐ BOOKED P&E   ☐ RELEASE TO OWNER   ☐ OTHER_____   CLAIM FILED ☐ YES ☐ NO

## DOMESTIC VIOLENCE SUPPLEMENTAL INFORMATION     ☐ CHILDREN PRESENT

PRIOR HISTORY OF DOMESTIC VIOLENCE? ☑ YES ☐ NO    PRIOR HISTORY OF VIOLENCE DOCUMENTED? ☐ YES ☑ NO

RESTRAINING ORDERS: ☑ YES ☐ NO    CURRENT: ☑ YES ☐ NO    EXPIRED: ☐ YES ☐ NO

TYPE: ☑ EMERGENCY ☐ TEMPORARY ☐ PERMANENT    COPY SUBMITTED WITH THIS REPORT: ☑ YES ☐ NO

ISSUING COURT: O.C. SUPERIOR     ORDER OR DOCKET NUMBER: N/A

### RELATIONSHIP BETWEEN VICTIM AND SUSPECT:

Mark all that apply

☑ SPOUSE    ☐ FORMER SPOUSE

☐ COHABITANTS    ☐ FORMER COHABITANTS

☐ DATING/ENGAGED    ☑ PARENT OF CHILD FROM

☐ FORMER DATING    RELATIONSHIP

☐ EMANCIPATED MINOR    ☐ SAME SEX

Length of Relationship

4 YEARS ___ MONTH(S)

If Applicable, Date Relationship Ended _____

### MEDICAL TREATMENT

☑ NONE

☐ WILL SEEK OWN DOCTOR

☐ FIRST AID

☐ PARAMEDICS

☐ HOSPITAL

☐ REFUSED MEDICAL AID

WEAPON USED DURING INCIDENT ☐ YES ☐ NO

### PHOTOGRAPHS

PHOTOS ☑ YES ☐ NO

TYPE ☑ 35MM ☐ POLAROID

VICTIM'S INJURIES ☑ YES ☐ NO

SUSPECT'S INJURIES ☐ YES ☑ NO

### VICTIM ACKNOWLEDGMENT

S x ☑ I HAVE RECEIVED THE POLICE REPORT NUMBER WHICH HAS BEEN ASSIGNED TO THIS INCIDENT.

S x ☑ I HAVE RECEIVED A COPY OF GGPD FORM #270 ENTITLED "DOMESTIC VIOLENCE ACT INFORMATION SHEET.

☐ I HAVE BEEN ADVISED THAT I HAVE THE RIGHT TO MAKE A PRIVATE PERSON ARREST IN CONNECTION WITH THIS INCIDENT, HOWEVER I DO NOT WISH TO EXERCISE THIS RIGHT OR HAVE CRIMINAL CHARGES FILED AT THIS TIME.

(X) San be thillo     06-05-98     1130 HOURS

SIGNATURE OF VICTIM     DATE

## SEX OFFENSES

IN ACCORDANCE WITH SECTION 293 OF THE CALIFORNIA PENAL CODE, THE LAW ENFORCEMENT AGENCY RECEIVING A REPORT FROM A PERSON ALLEGING BEING A VICTIM OF A SEX OFFENSE, SHALL DETERMINE IF THE ALLEGED VICTIM WISHES TO WITHHOLD THEIR NAME FROM PUBLIC RELEASE.

WAIVER

A. ☐ MY NAME CAN BE MADE PUBLIC

B. ☐ MY NAME SHALL NOT BE MADE PUBLIC

SIGNED:_____

(IF JUVENILE, PARENT/GUARDIAN)     (DATE/TIME)

WITNESS:_____

(OFFICER)     (DATE/TIME)

IF VICTIM IS UNABLE TO COMPLETE THIS FORM DUE TO PSYCHOLOGICAL AND/OR MEDICAL REASONS, OFFICER SHALL CONSIDER ALLEGED VICTIM HAS CHECK "B" ABOVE AND NAME SHALL NOT BE MADE PUBLIC.

FORM #308   REVISED 07/97

**Garden Grove Police Department**

**ARREST NARRATIVE**                                          98-9295
                                                    273.5(a) PC
                                                    245(A)(1) PC
                                                    PAGE 1 OF 8


(S)  LE, Tuan Phuoc                                  11-19-71
     12641 Hazel  Garden Grove, CA 92841    cell phone 267-3819
     CDL: B3896642
     SS#: 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


(V)  VO, Be Sau Thi                                  02-14-73
     12641 Hazel  Garden Grove, CA 92841    714-638-2857
     CDL: A9485260


Victim's injuries:
     approximate 10 inch reddish mark to her lower right back


(W)  PHAM, Yan                                       10-01-71
     12641 Hazel  Garden Grove, CA 92841    714-638-2857

(O)  OFCR DENK, GGPD

(O)  OFCR V.ENRIQUEZ, GGPD

(O)  Cadet K. VU, GGPD

(O)  Commissioner SCHULTE, Orange County Superior Court


     On 06-5-98 at 1033 hours myself and OFCR DENK were
dispatched to 12641 Hazel reference a report of a possible
domestic violence assault and battery.

     Upon arrival I was able to locate a male Vietnamese subject
later identified as T. LE who was sitting in the dining room /
kitchen area of the address.  I entered the house through the
unlocked, opened rear sliding door and saw that a female
Vietnamese, later identified as B. VO was standing near the
kitchen sink.  I saw that B.VO was crying and appeared to be
emotionally upset.  OFCR DENK and I tried to speak to both B.VO
and T.LE, but both subjects only spoke very limited English.  I
requested a Vietnamese speaking officer try and be located either
from GGPD or the surrounding police agencies.  No Vietnamese
speaking police officer was available.  However, GGPD
communications advised me that Cadet K. VU was available and

KAISER/4460/060598                          kw/06/9809295.a

## Garden Grove Police Department

**ARREST NARRATIVE**                                                98-9295

                                                        273.5(a) PC
                                                        245(A)(1) PC
                                                        PAGE 2 OF 8


could translate for me.  I also requested a female officer
respond with a 35mm camera to take any photographs of B.VO'S
injuries.  A short time later, OFCR V.ENRIQUEZ and Cadet K. VU
arrived to assist me.  Cadet K. VU was able to speak to B.VO who
indicated that she had been hit with a lamp by T.LE.  B.VO
directed me to a standard sized table lamp, cream/off white
color, having a crushed lamp shape.  I saw that this lamp was
sitting on top of a night stand located immediately next to the
bed of B.VO'S bedroom.  B.VO also indicated to me that T.LE had
slapped her several times in the dining room area and had kicked
her at least three times in the waist/buttocks area.  B.VO was
able to raise the lower portion of her shirt and show me an
approximately 10 inch diagonal reddish scrape mark on her lower
right back.  This injury appeared to be consistent with being
struck by the lamp shade and the middle metal portion possibly
contacting her skin.

I asked OFCR V.ENRIQUEZ to photograph B.VO'S injuries and
advise me if there were any other visible injuries on her upper
body or back beneath her shirt.  I then went to the dining room
area where OFCR DENK was standing by with T.LE.  I asked him to
remove his shirt so that I could see if he had any visible
injuries.  I did not see any.  I was able to speak to T.LE who
spoke limited English.  He indicated to me that he had not hit
B.VO with the lamp, but he did admit picking it up and slamming
it against the night stand next to the bed.  When I questioned
T.LE about how B.VO had obtained the injury to her back, he did
not know.  T.LE admitted to slapping B.VO while he was in the
dining room area, but denied kicking her.  I short time later,
OFCR V.ENRIQUEZ told me that she had not located any other
visible injuries on B.VO.  OFCR V.ENRIQUEZ later turned in the 35
mm color photograph film in to GGPD Forensic Services for
processing.

Based on B.VO'S statement and visible injuries as well as
T.LE'S statement that he had struck B.VO, I placed him under
arrest for violation of 273.5(a) PC, as well as 245(a)(1) PC.
OFCR DENK then transported T.LE to GGPD for processing.

### Garden Grove Police Department

**ARREST NARRATIVE**                                          98-9295
                                                          273.5(a) PC
                                                          245(A)(1) PC
                                                          **PAGE 3 OF 8**

   Cadet K. VU and I then spoke to B.VO in detail as well as a
possible witness, PHAM.  B.VO confirmed that she and T.LE were
currently married and had been so for the past four years. They
had three children together.  However, T.LE had not been living
with B.VO for the past two months.  B.VO could not provide me
with an actual address where T.LE was temporarily staying.  B.VO
said that she and PHAM had been at the 12641 Hazel address when
T.LE arrived by himself "a little after 10 AM".

   B.VO said that T.LE entered the house and began to ask her
for some "welfare papers".  B.VO and T.LE had a brief discussion
while both of them were standing in the dining room / kitchen
area.  B.VO also believed that PHAM was in the family room or
living room area immediately next to the dining room.  At some
point in the conversation T.LE became angry and slapped B.VO
several times around the face and shoulder area.  He also cursed
in Vietnamese and demanded the "welfare papers".  B.VO said that
she attempted to defend herself by covering her face with her
arms and at no time did she hit T.LE.  At some point in the
argument B.VO was able to run out of the dining room area to a
nearby bedroom where she wanted to retrieve the paperwork.  T.LE
followed her to this bedroom but no one else was inside the
bedroom initially.

   B.VO said that she was standing next to the bed with her
back next towards the bedroom door when she believed T.LE entered
the room.  T.LE continued to curse at B.VO in Vietnamese and she
then felt someone kick her in the lower waist/buttocks area.
B.VO said that she believed whoever kicked her was not wearing
shoes and that they had kicked her with the pointed or tip
portion of the foot.  Because of this initial kick, B.VO fell to
the floor where she was kicked at least two more times in the
buttocks/waist area.  B.VO said that as she fell to floor and as
she was laying on the floor, at no time did she grab at any
objects such as the lamp, night stand, or bed.  B.VO said that
she was laying on her stomach on the floor and covering her face
when she felt someone hitting her on her upper body and back
area.  B.VO described this as a slapping/punching type feeling.
After this hitting, B.VO felt an unknown type object strike her

## Garden Grove Police Department

**ARREST NARRATIVE**

in the back area.  B.VO heard T.LE repeatedly cursing and saying
that he was going to "smash" things.

B.VO said that she was able to roll over on to her back and
get to her feet where she then fled the room.  As she did this
she saw PHAM restraining T.LE who was actually holding the lamp.
PHAM also told T.LE something like "don't hit her".  B.VO then
went to the kitchen area in order to call the police department
and T.LE followed her.  B.VO told T.LE to leave the house and she
grabbed his shirt at this time.  T.LE then used his hands to push
against B.VO'S upper body causing her to fall backwards and lose
her grip on his shirt.  T.LE then walked to the dining room /
living room area where he remained until the police arrived.
When I asked B.VO if she wanted to prosecuted T.LE for hitting
her, she hesitated and stated that she wanted him to learn his
lesson but she did not want to appear as a witness or victim
against him in the future.

I then spoke to PHAM who confirmed that she lived at the
12641 Hazel address.  PHAM said that on 6-5-98 at approximately
1000 hours she was sitting on the couch in the living room /
family room immediately next to the dining room / kitchen area.
PHAM then directed me to a couch which was located against one of
the south walls of the house.  I saw that this couch had a clear
and unobstructed view into the dining room / kitchen area where
the initial argument/fight had occurred.  However, the couch area
was blocked from the bedroom entrance door by a central wall.

PHAM said that T.LE arrived at the house by himself and
began to have a conversation with B.VO in the dining room /
kitchen area.  During this conversation, T.LE began to yell at
B.VO who began to yell also.  Although PHAM did not pay attention
to what the argument was about, she did remember seeing T.LE slap
and "kinda hit with his hands" B.VO several times as she stood in
the dining room / kitchen area.  PHAM did not remember the exact
number of times that T.LE hit B.VO, but she stated that it was
"on her face a lot".  At no time did PHAM see B.VO strike T.LE.

After this initial argument PHAM remembered seeing B.VO walk
down one of the hallways in the home which ended near the bedroom

Garden Grove Police Department

ARREST NARRATIVE                                                  98-9295
                                                              273.5(a) PC
                                                              245(A)(1) PC
                                                              PAGE 5 OF 8

along the north side of the house. Although PHAM could not see
in to this room, she saw T.LE also walk down the hallway
following her, and a short time later heard both of them arguing
in Vietnamese from inside the bedroom. PHAM estimated that B.VO
and T.LE had been inside the bedroom "about one or two minutes"
before she decided to go into the bedroom and make sure that they
were not actually physically fighting. As PHAM entered the
bedroom she saw B.VO laying on the floor next to the bed on her
stomach. T.LE was standing over her and holding the cream/off
white colored lamp in both of his hands. PHAM saw T.LE hit B.VO
with the lamp "continuously". PHAM indicted that T.LE struck
B.VO on her back with the lamp. PHAM ran to where T.LE was
standing and grabbed hold of the lamp in order to try to keep him
from further hitting B.VO. PHAM also yelled at T.LE, telling him
to "stop hitting her". PHAM was positive that she took the lamp
directly from T.LE'S hands and at no time was on the floor of the
bedroom. PHAM remembered that the lamp was still plugged in to
an extension cord which was plugged in to a wall outlet behind
the bed. She placed the lamp back on top of the night stand
where I had been directed to it by both B.VO and T.LE. PHAM said
that after she grabbed the lamp both B.VO and T.LE exited the
bedroom and returned to the kitchen / dining room area. However,
PHAM did not see any further physical fight between the two
subjects because she went upstairs where she remained with the
children until the police arrived.

     I then went to GGPD in order to speak with T.LE. All
translation between B.VO, PHAM and T.LE was conducted by Cadet K.
VU. On 6-5-98 at 1312 hours, I advised Cadet K. VU to read T.LE
his Miranda rights, in Vietnamese, from the back of the GGPD
arrest face page. Cadet K. VU then advised T.LE in Vietnamese of
his Miranda rights to which he replied in Vietnamese something
like "bic". When I asked Cadet K. VU what "bic" meant in
Vietnamese, she indicated it was the word used for "understand"
or "I know".

     T.LE then confirmed that he and B.VO were still currently
husband and wife. However, they were not currently living
together. T.LE said that his relationship had existed for
approximately 5 years and that together, they had three children.

## Garden Grove Police Department

**ARREST NARRATIVE**                                               98-9295
                                                                273.5(a) PC
                                                              245(A)(1) PC
                                                              PAGE 6 OF 8


T.LE explained to me that he had not lived at the house for
several months and was temporarily staying at a friend's house at
an unknown address located on Chestnut street in Westminster.

On 6-5-98 at approximately 0915 hours T.LE had been at the
Westminster address when B.VO arrived.  She stayed at the
Westminster address for approximately 15 minutes where she and
T.LE had a discussion concerning custody of the children and some
type of papers which had been given to B.VO by Orange County
Social Services.  T.LE said that after 15 minutes B.VO left the
Westminster address and he assumed that she returned to the 12641
Hazel address in Garden Grove.

T.LE said that he wanted to visit his children as well as
try to obtain the papers which B.VO had been given by Orange
County Social Services.  T.LE then drove to the 12641 Hazel
address, arriving at approximately 1000 hours.  T.LE entered the
house at via an open rear sliding patio door since he no longer
had keys to the house.  After entering the house he saw B.VO
standing in the kitchen area but she did not object to his
entering the house.  T.LE and B.VO then had a conversation while
standing in the dining room / kitchen area and T.LE requested the
paperwork concerning the children.  T.LE said that B.VO became
upset with him and threw a bowl on the ground and began to yell
at him as he walked into the kitchen to look for the mail which
is normally kept on top of the refrigerator.  B.VO began to argue
with T.LE, stating that she wanted to handle the paperwork
concerning the children.  T.LE said that he began to argue with
B.VO because she had not paid for some type of insurance and had
also sold some of his property prior to any type of divorce
proceedings being filed.

T.LE said that B.VO grabbed the front of his shirt with one
of her hands and with the other hand began to punch him on the
chest.  I asked T.LE to show me how she had punched him and he
held up one of his hands in a clenched fist.  He then used the
pinkie side of this closed fist to strike his chest several
times.  T.LE said that he attempted to push B.VO'S hands away
from his shirt and the only way he could do this was by grabbing
hold of her wrists and rotating them.  This caused B.VO to

KAISER/4460/060598                                    kw/06/9809295.a

JAN-04-2006  15:04

## Garden Grove Police Department

**ARREST NARRATIVE**

98-9295
273.5(a) PC
245(A)(1) PC
PAGE 7 OF 8

release her grip on his shirt and he then held her hands while
slapping her one time on the back of her head.  T.LE denied ever
striking B.VO'S face.  T.LE said that he was also successful in
pushing B.VO backwards using both of his hands.

T.LE said that he then decided to walk to the bedroom where
he suspected that the paperwork for the children was being kept.
B.VO followed T.LE as he entered the bedroom.  T.LE believed that
B.VO was going to again grab his shirt or strike him so he told
her to get away from him.  At that time B.VO threw herself to the
floor and began to roll around and "hit her head on the floor,
wall and bed".  T.LE said that B.VO did this and then threatened
to call the police and tell them that he had beaten her up.

This behavior angered T.LE so he picked up a table lamp
which was sitting on the night stand next to the bed and then
used this lamp to strike the night stand one time.  T.LE denied
ever hitting B.VO with the lamp.  He also denied kicking her.
T.LE said that B.VO never struck him while they were inside the
bedroom.  At some time, PHAM entered the bedroom and told T.LE to
put down the lamp so he threw it on the ground near the
bedroom/bathroom.  T.LE said that PHAM then picked up the lamp
and placed it on the night stand and that B.VO was standing in
the corner of the room opposite the night stand where the table
lamp was located.

T.LE said that he then exited the bedroom as B.VO attempted
to grab one of his legs.  T.LE then walked to the dining room
area where he sat on the fireplace.  B.VO exited the bedroom and
walked through the narrow hallway moving back and forth from wall
to wall striking her head.  B.VO was restrained by PHAM and both
of them walked in to the dining room area.  At that time, T.LE
was sitting on the fireplace when B.VO ran towards him and
grabbed the cellular telephone from his pants pocket.  B.VO then
threw this cellular telephone on to the floor as she walked in to
the kitchen area and used a separate telephone to call the
police.  T.LE said that he waited at the fireplace for the police
to arrive and neither he nor B.VO had any further physical
contact.

KAISER/4460/060598                                    kw/06/9809295.a

**Garden Grove Police Department**

ARREST NARRATIVE                                             98-9295
                                                          273.5(a) PC
                                                       245(A)(1) PC
                                                       PAGE 8 OF 8

I asked T.LE if he was aware that it was wrong/against the
law to strike his wife or any other person with his fists, feet
or any other object and he told me that he did know this.  T.LE
said that he had not consumed any type of alcoholic beverage
during the day and during my conversation with him as well as
B.VO, I did not smell any odor of any type of alcoholic beverage
on his breath or person.  I ran a standard records check on T.LE,
but he had no outstanding arrest warrants.

I then obtained an emergency protective order against T.LE
issued by Commissioner SCHULTE via telephone conversation.  I had
Cadet K. VU advise T.LE of the conditions of this restraining
order as well as the ending date of it.  T.LE stated that he
understood and he was given a copy of the TRO.  A copy of this
TRO was also provided to B.VO later in the day.  OFCR DENK then
fingerprinted and photographed T.LE and I later transported him
to the Orange County Jail on the listed charges.

I then booked the white colored table lamp which I had
obtained from the night stand inside the bedroom at 12641 Hazel.
I saw that this lamp was a standard size lamp having an off
white/cream colored porcelain type base and stiffened cloth
shade.  I saw that the shade portion of this lamp appeared to be
crushed and tilted sideways.  There was no blood or any other
fluid markings on any portion of the lamp.  I booked this lamp in
to GGPD Property & Evidence locker T20 as GK1.  Please see the
attached Property & Evidence sheet for details.

I request that T.LE be charged with violation of 273.5(a)
PC, corporal injury to a spouse, as well as PC 245(a)(1) assault
with a deadly weapon.

THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                               )
                   Plaintiff,   )
                               )
                               )
           vs.                )
                               )
                               )
TUAN PHUOC LE          11/19/71  )
  B3896642                      )
                               )
                  Defendant(s)  )

COMPLAINT

NO. GG98WM05852

GGPD 98-9295

**"DOMESTIC VIOLENCE CASE"**

The Orange County District Attorney charges that in Orange County, California, the law was violated as follows:

COUNT 1: On or about June 5, 1998, TUAN PHUOC LE, in violation of Section 273.5(a) of the Penal Code (CORPORAL INJURY - SPOUSE), a MISDEMEANOR, did willfully and unlawfully inflict a corporal injury resulting in a traumatic condition upon JANE DOE, who was the spouse of said defendant.

I declare under penalty of perjury, on information and belief, that the foregoing is true and correct.

Dated   June 9, 1998       at Orange County, California.
       JC/RM 98W05321

MIKE CAPIZZI, DISTRICT ATTORNEY

by _____Deputy
  Complainant

Restitution Claimed
[ ]  None
[ ]  $ _____
[ ]  To Be Determined

NOTICE TO DEFENDANT AND ATTORNEYS FOR THE DEFENSE:
The People request that defendant and counsel disclose, within 15 days, all of the materials and information described in Penal Code Section 1054.3, and continue to provide any later-acquired materials and information subject to disclosure, promptly, and without further request or order.



GOVERNMENT
EXHIBIT
1-A

WEST ORANGE COUNTY MUNICIPAL COURT
8141 13TH STREET
WESTMINSTER, CA 92683

JUN 0 9 1998

ROBERT H. GALLIVAN
MARTHA VARELA

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | | |
| VS. | PLAINTIFF | |
| TUAN P. LE | DEFENDANT | CASE NUMBER: GG 98WM05852 |

☒ **D.V. PROTECTIVE ORDER (Probation)** - Mandatory per P.C. 1203.097 (CLETS)
☐ **CRIMINAL COURT PROTECTIVE ORDER** - P.C. 136.2 Pending Court Case (CLETS)
☐ **TERMINATION/MODIFICATION OF PRIOR ORDER** - P.C. 136.2 Pending Court Case (CLETS)

**THE COURT HEREBY ORDERS:**
1. (NAME OF RESTRAINED PERSON)  _TUAN PHUOC LE_

| DESCRIPTION: DOB: 11/19/71 CDL: B5896642 HT: 5'5" WT: 100 RACE: A |
|---|
| HAIR BLK EYES: BRN TATTOOS/SCARS: |

☒ a. Shall not stalk, sexually abuse, harass, threaten, or commit any violence upon the protected person(s) named below.

☐ b. Shall have no contact with protected person(s) directly, indirectly or through a third party except by an attorney of record.

☐ c. Shall not come within ____ yards of the person(s) named below, their home, work or children's school.
   **DO NOT GO TO THESE PLACES:** _____

2. NAMES OF PROTECTED PERSON(S): ___VO, BE SAU THI___

3. The protected persons may not allow you to violate this order. **DO NOT** respond to requests from the protected person to visit or return phone calls.

4. A copy of the D.V. Protective Order is available to law enforcement through CLETS/DVROS.

5. Persons subject to a D.V. Protective Order are prohibited from owning, using or possessing firearms.

6. Other orders: _____

7. ☒ a. The restrained person is present in court and informed of this order. No further proof of service is needed.

   ☐ b. The restrained person is not present in court and shall be personally served with a copy of this order.

8. This order remains in effect until:
   ☐ a. Date and time shown. Date: _____ Time: _____
   ☒ b. Termination of probation on ___6/9/2001___

9. This restrained person shall not attempt to , nor threaten, harass or dissuade any victim or witness connected to this case from reporting a crime, attending court, or to testifying in any court hearing.

10. ☐ The Protective Order previously made in this case against the restrained person named in item 1 is terminated.

Date: _6/9/98_                    X _____
                                 JUDGE OF THE WEST ORANGE COUNTY MUNICIPAL COURT

**VIOLATION OF THIS COURT ORDER MAY BE A NEW CRIME, A PROBATION OR PAROLE VIOLATION OR A VIOLATION OF THE TERMS OF YOUR RELEASE FROM CUSTODY AND/OR BAIL.**

Distribution: Original-Court; Blue-Defendant; Green-Law Enforcement; Yellow-DA; Pink-Protected Person(s); Goldenrod-Probation
**(USE BALL POINT PEN-PRESS HARD)**
F026-632(c)(7/97)

# DEFENDANT'S WAIVER OF CONSTITUTIONAL RIGHTS FOR GUILTY PLEA TO MISDEMEANOR

DEFENDANT'S NAME _LE, TUAN PHUOC_      COURT CASE NO. _66 98WM 05852_

DEFENDANT: **READ** the following. If you understand and agree to each provision, **INITIAL** each box, and **DATE** and **SIGN** at the end.

1. I understand that I am charged with the offense(s) of _PC § 273 5 (a)_ , to which I plead guilty.    [TPN]

2. I understand I have violated this section(s) and offer to the court the following facts as the basis for any plea of guilty: _ON JUNE 5, 1998, IN ORANGE COUNTY, I UNLAWFULLY INFLICTED CORPORAL INJURY ON MY WIFE._    [TPN]

3. I understand that the maximum penalty for this offense is confinement in the county jail and/or a fine as shown.    [TPN]

| | Jail | Fine | | Jail | Fine | | Jail | Fine |
|---|---|---|---|---|---|---|---|---|
| Ct. 1 | 1 yr | $2,000 | Ct. 3 | ___ | ___ | Ct. 5 | ___ | ___ |
| Ct. 2 | ___ | ___ | Ct. 4 | ___ | ___ | Ct. 6 | ___ | ___ |

4. I understand each of the following rights, and hereby voluntarily, intentionally and with full knowledge give up each and all of them, as indicated:

   (a) **To be represented by an attorney** of my own choice at all stages of the proceedings, or if I cannot afford an attorney, to have the Court Appoint one to represent me, free of charge subject to the Court's requirement that I pay the cost thereof at the conclusion of these proceedings based upon my financial ability.    [TPN]

   (b) **To a speedy trial,** that is: within 30 days of my arraignment if I am in custody, or within 45 days thereof if I am not in custody and to a dismissal of the charges against me if I am not so tried.    [TUAN]

   (c) **To a public trial by jury.**    [TPN]

   (d) **To subpoena witnesses** for my defense without expense to me.    [TPN]

   (e) **To confront the witnesses** against me in trial and to cross-examine them myself or through my attorney.    [TPN]

   (f) **To testify in my own defense,** or to remain silent if I so desire and to thereby refuse to give evidence that may be used against me.    [TPN]

   (g) **To be sentenced in not less than 6 hours** or more than 5 days from the time of my plea of guilty.    [TPN]

   (h) **To appeal the denial of my Penal Code Section 1538.5 motion** (suppression motion) even after pleading guilty.    [TPN]

5. I understand the nature of the charges against me, the elements of the crime that I am pleading guilty to, and the other available pleas and defenses and enter a plea of guilty.    [TPN]

6. I understand that if I receive probation and violate any of the terms of my probation grant, I may be returned to court and sentenced on this charge as set forth in paragraph 3 above. Also, if I am presently on probation for any previous convictions, I understand that my plea of guilty may cause me to be in violation of my other probation, and result in additional penalties and/or punishments.    [TPN]

7. I understand that if I am not a citizen of the United States the conviction for the offense charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization or amnesty pursuant to the laws of the United States.    [TPN]

8. I understand that under the Fourth and Fourteenth Amendments to the United States Constitution, I have a right to be free from unreasonable searches and seizures. I hereby waive and give up this right, and further agree for the period during which I am on probation or parole, to submit my person and property, including any residence, premises, container or vehicle under my control to search and seizure at any time of the day or night by any law enforcement, parole, or probation officer with or without a warrant, and with or without reasonable cause or reasonable suspicion.    [TPN]

(a)    I.S.S. (3/5 years of informal/formal (circle) probation, violate no laws (1203.097 (a) (1) P.C.).

(b)    ☐ Pay $ _200_ to State Restitution Fund ($100 minimum).
        ☐ Pay fine of $ _____, plus penalty assessment.

(c)    ☐ Battered Women's Shelter payment $ ~~200~~ _50_ ($5,000 maximum) (1203.097 (a) (11) P.C.).

(d)    Make restitution (mandatory if probation - 1203.097 (a) P.C.).
        To victim:    (i) Pay as determined by the court through the Victim Witness Offices; or pay $ _____.
                (ii) Pay cost for counseling to the victim and/or children $_____.

(e)    Domestic Violence Prevention Fund $ _200_ ($200 minimum pursuant to 1203.097 (a) (5) P.C.).

(f)    Batterer's Treatment Program (minimum 1 year - progress review every 3 months) (1203.097 (a) (6) P.C.).
        ~~☐ Alcohol/Drug Component ordered~~      ~~☐ Test alcohol and drugs~~
        ~~☐ Total abstinence from alcohol and drugs~~      ~~(blood or urine only)~~ _____.

(g)    Protective Order (per 1203.097 (a) (2) P.C.) shall not stalk, sexually abuse, harass, threaten or commit any
        violence upon victim or victims and the following if checked:
        ☐ No contact whatsoever, either directly, indirectly      ☐ Stay _____ yards away from victim(s)
           or through any third party, with the victim(s).           home, school and work.

(h)    ☐ Serve _5_ days in Orange County Jail. Credit _5_ days plus _2_ days good time/work time for
        a total of _____ days.

(i)    ~~☐ Community service _____ hours (1203.097 (a) (8) P.C.).~~

(j)    ☐ Submit your person and property, including any residence, premises, container or vehicle under your control
        to search and seizure at any time of the day or night by any law enforcement or probation officer with or
        without a warrant, and with or without reasonable cause, or reasonable suspicion.
        You are not to possess weapons; do not have any_____.

(k)    ☐ Provide the court your current address, telephone number, employer's name, address and telephone number
        and immediately notify the court of any changes.

(l)    ☐ Other: _COMPLETE 20 DAYS OF CAL TRANS_
        _____
        _____

**DEFENDANT:** I have personally initialed each of the boxes above and understand each and every one of the rights outlined above; and I hereby waive and give up each of them. I freely, voluntarily and without any threats or promises made to me except as to the above sentence, enter a plea of guilty to the above charge. I understand that this plea may prohibit me from owning, possessing or having in my custody any firearms per 12021 P.C.

DATED _6-9-98_    SIGNED _[signature]_, DEFENDANT

**DEFENDANTS REPRESENTING THEMSELVES IN PRO PER:**

**DEFENDANT:** I understand that there are a number of dangers and disadvantages in representing myself in this case and that an attorney could possibly help me. Nevertheless, I choose to represent myself and freely and voluntarily, and without any threats or promises made to me except as to the above sentence, enter a plea of guilty to the above charge.

DATED _____    SIGNED _____, DEFENDANT

**DEFENDANT'S ATTORNEY:** I am the attorney of record and I have explained each of the above rights to Defendant, and having explored the facts with him and studied his possible defenses to the charge(s), I concur in his decision to waive the above rights and to enter a plea of guilty. I further stipulate that this document may be received by the Court as evidence of defendant's intelligent waiver of these rights and that it shall be filed by the Clerk as a permanent record to that waiver. I have witnessed the reading of this form by the Defendant and his initialing and signature upon it.

DATED _6/9/98_    SIGNED _[signature]_, ATTORNEY FOR THE RECORD

**FOR THE PEOPLE**

DATED _6/9/98_    SIGNED _[signature]_, DEPUTY DISTRICT ATTORNEY

AFTER READING, INITIALING AND SIGNING, GIVE TO THE COURTROOM CLERK.

# GARDEN GROVE POLICE DEPARTMENT
## REPORT OF ARREST

☐ GSU
☒ ADULT    ☐ JUVENILE

ARREST # _____    DR  99 - 4761

| NAME - LAST | FIRST | MIDDLE |
|---|---|---|
| LE | TUAN | PH UOC |

AKA(S)/MONIKER

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 15123 S. BROOKHURST ST #113 | WESTMR | CA | 92683 | (714) 531-4379 |

| EMPLOYED BY/ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| SELF EMPLOYED | | | | (714) 915-1393 |

| DRIVERS LICENSE # | STATE | BIRTH PLACE | OCCUPATION | SOCIAL SECURITY # |
|---|---|---|---|---|
| B3896642 | CA | SIAGON, VIETNAM | HANDYMAN | 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 |

SEX
☒ M  ☐ F

☐ A-Other Asian  ☐ B-Black  ☐ C-Chinese  ☐ D-Cambodian  ☐ F-Filipino  ☐ G-Guamanian  ☐ H-Hispanic
☐ I-Indian  ☐ J-Japanese  ☐ K-Korean  ☐ L-Laotian  ☐ O-Other  ☐ P-Pacific Islander
☐ S-Samoan  ☐ U-Hawaiian  ☒ V-Vietnamese  ☐ W-White  ☐ Z-Asian Indian

| HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE |
|---|---|---|---|---|---|
| 5-5 | 135 | BLK | BRO | 11-19-71 | 27 |

| DATE | TIME | LOCATION OF ARREST | TEAM | DISTRICT |
|---|---|---|---|---|
| 3-15-99 | 1140 | 9684 WESTMINSTER | W | 97 |

ARREST MADE BY
☐ 01 PATROL OFFICER  ☐ 02 DETECTIVE INVESTIGATOR  ☐ 03 YOUTH SERVICES OFFICER  ☐ 04 SIU/SPECIAL UNIT
☐ 05 TRAFFIC OFFICER  ☐ 06 OFF DUTY OFFICER  ☐ 07 PRIVATE SEC.  ☒ 08 CIVILIAN
☐ 09 OTHER POLICE DEPT.

LEVEL
☐ 1 601WI ARREST ONLY
☒ 2 MISDEMEANOR
☐ 3 FELONY

SECTIONS(S) CHARGE(S)
240 PC (ASSAULT)
242 PC (BATTERY)

| WARRANT # | JUDICIAL DISTRICT | ORIGINATING DEPT | BAIL | CSI WORK PERFORMED | ☐ FINGERPRINT ☐ BOTH | ☐ MUGGED ☒ NEITHER |
|---|---|---|---|---|---|---|

DISPOSITION OF ADULT
☒ 1 CITATION  ☐ 2 JAIL  ☐ 3 OTHER

CITE # _____ 005876

REASON FOR RELEASE  MISD

DISPOSITION OF JUVENILE
☐ 1 PETITION  ☐ 2 DETAINED  ☐ 3 INFORMAL
☐ MINOR HELD IN UNLOCKED ROOM
☐ MINOR HELD IN LOCKED CELL

TIME MINOR BROUGHT TO POLICE
FACILITY _____

SCHOOL STATUS:  ☐ ATTENDING  ☐ QUIT  ☐ SUSPENDED
SCHOOL:                CITY:

TIME MINOR RELEASED TO ADULT OR
JUVENILE HALL _____

FATHER/STEP/GUARDIAN                                    MOTHER/STEP/GUARDIAN

| ADDRESS | WORK PHONE ( ) | ADDRESS | WORK PHONE ( ) |
|---|---|---|---|
| CITY | HOME PHONE ( ) | CITY | HOME PHONE ( ) |

| VEHICLE LICENSE # | ST | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|

| VIN# | MILEAGE | COMPATIBLE PLATES ☐ YES ☐ NO | PHOTO TAKEN ☐ YES ☐ NO |
|---|---|---|---|

VEHICLE MISC.

| LOCATION OF VEHICLE | TOWED BY | ORDERED BY |
|---|---|---|
| REGISTERED OWNER | ADDRESS | CITY |

GOVERNMENT
EXHIBIT
2

| ARRESTING OFFICER/BADGE # | TRANSPORTING OFFICER/BADGE # | SUPERVISOR SIGNATURE/DATE |
|---|---|---|
| P. DANIELSON  1951 | N/A | 3-20-99 |

FORM #303 (REV. 3/97)

# GARDEN GROVE POLICE DEPARTMENT
## REPORT OF ARREST

☐ GSU

☑ ADULT    ☐ JUVENILE

ARREST # _____

DR  99-4761

| NAME - LAST | FIRST | MIDDLE |
|---|---|---|
| LAM | PHILLIP | DUONG |

AKA(S)/MONIKER

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 14241 DAHLQUIST RD IRVINE | CA | 92604 | (949)726-9493 |

| EMPLOYED BY/ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| VIEN DONG 9684 WESTMINSTER GARDEN GRVE CA 92844 | | | | (714)539 4614 |

| DRIVERS LICENSE # | STATE | BIRTH PLACE | OCCUPATION | SOCIAL SECURITY # |
|---|---|---|---|---|
| C3138178 | CA | VIETNAM | SALES | 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 |

| SEX | | | | | | |
|---|---|---|---|---|---|---|
| ☑ M | ☐ A-Other Asian | ☐ B-Black | ☐ C-Chinese | ☐ D-Cambodian | ☐ F-Filipino | ☐ G-Guamanian | ☐ H-Hispanic |
| ☐ F | ☐ I-Indian | ☐ J-Japanese | ☐ K-Korean | ☐ L-Laotian | ☐ O-Other | | ☐ P-Pacific Islander |
| | ☐ S-Samoan | ☐ U-Hawaiian | ☑ V-Vietnamese | ☐ W-White | ☐ Z-Asian Indian | |

| HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE |
|---|---|---|---|---|---|
| 5-07 | 165 | BLN | BRN | 7-8-67 | 32 |

| DATE | TIME | LOCATION OF ARREST | TEAM | DISTRICT |
|---|---|---|---|---|
| 03-15-99 | 1140 | 9684 WESTMINSTER | W | 77 |

ARREST MADE BY  ☑ 01 PATROL OFFICER   ☐ 02 DETECTIVE INVESTIGATOR   ☐ 03 YOUTH SERVICES OFFICER   ☐ 04 SIU/SPECIAL UNIT
☐ 05 TRAFFIC OFFICER   ☐ 06 OFF DUTY OFFICER   ☐ 07 PRIVATE SEC.   ☐ 08 CIVILIAN
☐ 09 OTHER POLICE DEPT.

| LEVEL | SECTIONS(S) CHARGE(S) |
|---|---|
| ☐ 1 601WI ARREST ONLY | 270-242 PC ASSAULT BATTERY |
| ☐ 2 MISDEMEANOR | |
| ☐ 3 FELONY | |

| WARRANT # | JUDICIAL DISTRICT | ORIGINATING DEPT. | BAIL | CSI WORK | ☐ FINGERPRINT | ☐ MUGGED |
|---|---|---|---|---|---|---|
| | | | | PERFORMED | ☐ BOTH | ☑ NEITHER |

| DISPOSITION OF ADULT | CITE #/BOOKING | REASON FOR RELEASE |
|---|---|---|
| ☑ 1 CITATION   ☐ 2 JAIL   ☐ 3 OTHER | GG 001025 | MISD |

| DISPOSITION OF JUVENILE | | TIME MINOR BROUGHT TO POLICE |
|---|---|---|
| ☐ 1 PETITION   ☐ 2 DETAINED   ☐ 3 INFORMAL | ☐ MINOR HELD IN UNLOCKED ROOM   ☐ MINOR HELD IN LOCKED CELL | FACILITY |

| SCHOOL STATUS:   ☐ ATTENDING   ☐ QUIT | ☐ SUSPENDED | TIME MINOR RELEASED TO ADULT OR |
|---|---|---|
| SCHOOL: | CITY: | JUVENILE HALL |

| FATHER/STEP/GUARDIAN | MOTHER/STEP/GUARDIAN |
|---|---|
| | |

| ADDRESS | WORK PHONE ( ) | ADDRESS | WORK PHONE ( ) |
|---|---|---|---|

| CITY | HOME PHONE ( ) | CITY | HOME PHONE ( ) |
|---|---|---|---|

| VEHICLE LICENSE # | ST | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|

| VIN # | MILEAGE | COMPATIBLE PLATES ☐ YES ☐ NO | PHOTO TAKEN ☐ YES ☐ NO |
|---|---|---|---|

VEHICLE MISC.

| LOCATION OF VEHICLE | TOWED BY | ORDERED BY |
|---|---|---|

| REGISTERED OWNER | ADDRESS | CITY |
|---|---|---|

| ARRESTING OFFICER/BADGE # | TRANSPORTING OFFICER/BADGE # | SUPERVISOR SIGNATURE/DATE |
|---|---|---|
| DAVIDSON 1957 | NONE | |

FORM #303 (REV. 3/97)

# GARDEN GROVE POLICE DEPARTMENT

DISPATCH TIME: _1036_
ARRIVAL TIME: _1043_
CLEARED TIME: _11 51_

☑ CRIME/INCIDENT REPORT
☐ DOMESTIC VIOLENCE
☐ BICYCLE REPORT

DR # _99-4761_

☐ JUVENILE
☐ HATE CRIME
☐ GSU
☐ CONFIDENTIAL

REPORTED TO POLICE ON:

| DAY | DATE | TIME | PRIMARY | RELATED |
|---|---|---|---|---|
| MON | 03-15-99 | 1056 | 240·242 PC ASSAULT·BATTER | |

| ADDRESS OF OCCURRENCE | BUSINESS NAME | PHONE | DIVISION | DISTRICT |
|---|---|---|---|---|
| 9684 WESTMINSTER | VIEN DONG | 539-4614 | W | 97 |

| OCCURRED ON | DAY | DATE | TIME | OR BETWEEN: DAY | DATE | TIME |
|---|---|---|---|---|---|---|
| | MON | 0375-99 | 1030 | | | |

| VICTIM / INFORMANT / DISCOVER - LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| LAM | PHILLIP | DUONG | C3138778 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 1484 DAHLQUIST IRVINE | | CA | 92604 | 949·926·9495 |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| VIEN DONG 9684 WESTMINSTER GARDENGROVE | | | 92844 | 539·4614 |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| M | V | 5·07 | 165 | BLK | BRN | 02·08·67 | 32 | 586·52·4098 |

INTERPRETER NEEDED: ☐ YES    VICTIM PHYSICAL CONDITION:
LANGUAGE: ☒ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☐ EMOTIONALLY UPSET ☐ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

| VICTIM / INFORMANT / DISCOVER - LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| LE | TUAN | PHUOC | B3896642 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 15123 BROOKHURST #113 WESTMINSTER CA | | | 92683 | 531·4379 |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| NONE | | | | |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| M | V | 5·05 | 135 | BLK | BRN | 11·19·71 | 27 | 623·62·4345 |

INTERPRETER NEEDED: ☐ YES    VICTIM PHYSICAL CONDITION:
LANGUAGE ☒ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☐ EMOTIONALLY UPSET ☐ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

| VICTIM VEHICLE: | LICENSE | STATE | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VEHICLE DAMAGE | DISPOSITION OF VEHICLE | PHOTO TAKEN |
|---|---|---|
| | | ☐ YES ☐ NO |

PROPERTY CODES:    S-STOLEN    R-RECOVERED    S/R-STOLEN & RECOVERED    L-LOST

| P/C | QTY | ARTICLE | BRAND | MODEL | SERIAL # | DESCRIPTIVE DETAIL | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

VICTIMS INJURIES
   V- LAM · NONE

   V- LE · NONE

ADDITIONAL FORMS USED: ☒ NARRATIVE ☒ ARREST ☐ P/E ☒ MO DATA ☐ VEH REPORT ☐ SUSPECT ☐ CSI ☐ OTHER ☐ COPY OF TEMP. RESTRAINING ORDER

| OFFICER/BADGE # | TIME | BROADCAST | PRINT SUPERVISOR NAME/INITIAL |
|---|---|---|---|
| DANIELSON 1351 | | | |

FORM #338 REVISED 07/97

## GARDEN GROVE POLICE DEPARTMENT

ARREST NARRATIVE                                    99-4761
                                                    240-242 PC
                                                    Page 1 of 4


SUSP:      LAM, Phillip Duong                       02-08-67

SUSP:      LE, Tuan Phuoc                           11-19-71

INF:       LAM, Cathy                               01-01-63
           2318 Heather Ln
           Newport Beach, CA 92660                  949-574-5576

INF:       LE, Leon Quong                           08-06-73
           2709 S. Rosewood #D
           Santa Ana, CA

OTH:       NGUYEN, Chon Huu                         04-01-54
           265 S. Foley St
           Orange, CA 92668                         209-2907

OTH:       Officer REYNOLDS- GGPD


       On Monday, March 15, 1999 at about 1036 hours, I
was dispatched to the "Vien Dong" restaurant at 9684
Westminster, regarding an assault/battery in progress.
Officer REYNOLDS was dispatched to assist me.

       Upon my arrival, I saw that there were several
persons out in front of the restaurant waving American
Vietnamese flags.  The subjects were yelling in Vietnamese
and appeared to be protesting the business.  I had been
informed prior to this incident that there was a protest in
progress at this restaurant regarding the owner of the
restaurant, Tony LAM, being a City Councilman with the City
of Garden Grove and not having established a position
regarding a protest that occurred in the City of
Westminster.  I was told that there were several protesters
on scene and that they were demanding a recall of Tony LAM.

       Upon my arrival, I spoke to Phillip LAM, who told
me the following:

       Today at about 1030 hours, Phillip was working at
his fathers restaurant, the Vien Dong, 9684 Westminster and
was video taping his customers leaving and entering his

_____

## GARDEN GROVE POLICE DEPARTMENT

ARREST NARRATIVE                                        99-4761
                                                        240-242 PC
                                                        Page 2 of 4

business. He did this because he believed the protesters were going to unlawfully harass his customers and he wanted to capture this on video tape.

At about 1030 hours, Phillip video taped an unknown customer leaving the store and saw several protesters running up to the customer and yelling at him. They were yelling in Vietnamese that the owner of the restaurant, Phillips father, Tony LAM, was a Communist.

One protester ran up to Phillip and began yelling at him that his father was a Communist. Phillip pointed at the protester and yelled at him to "Get the fuck away." The protester then struck Phillip's left forearm with his closed right fist. This blow caused Phillip pain but no immediate injury. Phillip told me he wanted to make a Citizens Arrest on the protester.

I asked Phillip if he could see the protester that had struck him. Phillip pointed to one of the protesters, later identified as Tuan LE, and positively identified him as the person who had struck him.

Phillip LAM attempted to rewind his video camera in order to show me the assault. When he did this, Phillip told me that he did not in fact have the incident recorded on his camera. He said that he must have been excited and forgot to push the record button.

I spoke to Cathy LAM and she told me the following:

Today at about 1030 hours, Cathy was working at the Vien Dong restaurant, 9684 Westminster. She saw there were numerous protesters outside and that they were yelling that the owner of the business, Tony LAM, was a Communist. She saw Phillip LAM go outside the restaurant with his video camera in attempt to record unknown customers leaving the store. She saw a protester run up to Phillip LAM and strike his left forearm with his closed right fist. Phillip LAM returned to the store.

DANIELSON/1951/031599                          vf/031999/9904761.A

**GARDEN GROVE POLICE DEPARTMENT**

ARREST NARRATIVE                                    99-4761
                                                    240-242 PC
                                                    Page 3 of 4

At this time Cathy LAM confronted the suspect. The suspect reached down and unzipped his fly and reached into his pants. Cathy LAM believed that the suspect was attempting to remove his penis in order to expose it to her. The suspect did not however remove his penis and all Cathy LAM saw was his underwear.

I asked Cathy LAM if she could positively identify the suspect and she pointed to a protester, later identified as Tuan LE.

I spoke to Tuan LE and he told me the following:

Today at about 1030 hours, Tuan LE was protesting outside the Vien Dong restaurant, 9684 Westminster, regarding his belief, the owner of the restaurant, Tony LAM, was a Communist. Tuan LE saw a customer leaving the store and ran up to the customer to tell the customer that he was supporting a Communist business. At this time a restaurant employee ran out into the parking lot and began video taping Tuan LE. Tuan LE did not like being video taped and told the restaurant employee to stop recording him.

Tuan LE walked directly up to the restaurant employee and told him to stop recording him. The restaurant employee used his left open palm to shove Tuan LE's chest backwards twice. Tuan LE told the restaurant employee in Vietnamese to stop shoving him. The restaurant employee used his open left palm to shove Tuan LE's chest backwards a third time. This angered Tuan LE, so he struck the restaurant employees left forearm with his closed right fist. This caused the restaurant employee to run back into the business.

I brought Tuan LE to the back of the restaurant, Vien Dong, 9684 Westminster. I asked him if he could identify the suspect who had shoved him from among the restaurant employees. Tuan LE positively identified Phillip LAM as being the employee that had shoved him. Tuan LE told me he wanted to place Phillip LAM under citizens arrest for shoving him with his open left palm three times.

DANIELSON/1951/031599                    vf/031999/9904761.A

**GARDEN GROVE POLICE DEPARTMENT**

ARREST NARRATIVE                                           99-4761
                                                      240-242 PC
                                                      Page 4 of 4

      I spoke to Leon LE and he told me the following:

      Today at about 1030 hours, Leon LE was protesting in front of the Vien Dong restaurant, 9684 Westminster because of his beliefs that the owner of the business, Tony LAM was a Communist.

      Leon LE saw a restaurant employee run up to Tuan LE with a video camera in his right hand. The restaurant employee pushed or shoved Tuan LE's chest with his open left palm 2 or 3 times. Leon LE did not see if Tuan LE struck the restaurant employee. Tuan LE positively identified Phillip LAM as the restaurant employee who had shoved Tuan LE.

      A protester was video recording the entire incident. I spoke to the protester and identified him as NGUYEN. I asked him if he had video taped the earlier incident and he said that he had not. I allowed NGUYEN to continue video taping the rest of the incident at his discretion.

      I assisted both Tuan LE and Phillip LAM in filling out the GGPD Order of Arrest by Private Citizen form. Both LAM and LE signed the forms and verbally told the other that they were under arrest for section 240/242 PC-Assault/battery. Both LAM and LE request prosecution of each other.

      I request this report be forwarded to the Orange County District Attorney's office for prosecution of both Phillip LAM and Tuan LE for section 240/242 PC-Assault/battery.

---

DANIELSON/1951/031599                          vf/031999/9904761.A

# GARDEN GROVE POLICE DEPARTMENT
## REPORT OF ARREST

☐ GSU

☒ ADULT
☐ JUVENILE

ARREST # _____

DR 99- 6071

| NAME - LAST | FIRST | MIDDLE |
|---|---|---|
| LE | TUAN | PHUOC |

AKA(S)/MONIKER: N/A

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 15173 S. BROOKHURST #113 | WESTMINSTER | CA | 92683 | (714) 531-4379 |

| EMPLOYED BY/ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| SELF - EMPLOYED | — | - | -- | (714) 915-1393 |

| DRIVERS LICENSE # | STATE | BIRTH PLACE | OCCUPATION | SOCIAL SECURITY # |
|---|---|---|---|---|
| B5896642 | CA | VIETNAM | HANDYMAN | 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 |

SEX
☒ M  ☐ A-Other Asian  ☐ B-Black  ☐ C-Chinese  ☐ D-Cambodian  ☐ F-Filipino  ☐ G-Guamanian  ☐ H-Hispanic
☐ F  ☐ I-Indian  ☐ J-Japanese  ☐ K-Korean  ☐ L-Laotian  ☐ O-Other  ☐ P-Pacific Islander
☐ S-Samoan  ☐ U-Hawaiian  ☒ V-Vietnamese  ☐ W-White  ☐ Z-Asian Indian

| HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE |
|---|---|---|---|---|---|
| 5-5 | 135 | BLK | BRN | 11/19/71 | 27 |

| DATE | TIME | LOCATION OF ARREST | TEAM | DISTRICT |
|---|---|---|---|---|
| 4/4/99 | 1135 | 9684 WESTMINSTER | WEST | 97 |

ARREST MADE BY
☐ 01 PATROL OFFICER  ☐ 02 DETECTIVE INVESTIGATOR  ☐ 03 YOUTH SERVICES OFFICER  ☐ 04 SIU/SPECIAL UNIT
☐ 05 TRAFFIC OFFICER  ☐ 06 OFF DUTY OFFICER  ☐ 07 PRIVATE SEC.  ☒ 08 CIVILIAN
☐ 09 OTHER POLICE DEPT.

LEVEL
☐ 1 601WI ARREST ONLY
☒ 2 MISDEMEANOR
☐ 3 FELONY

SECTIONS(S) CHARGE(S)
PC 166(4) - VIOLATION OF COURT ORDER

| WARRANT # | JUDICIAL DISTRICT | ORIGINATING DEPT. | BAIL | CSI WORK | |
|---|---|---|---|---|---|
| | | | | PERFORMED | ☐ FINGERPRINT  ☐ MUGGED |
| | | | | | ☒ BOTH  ☐ NEITHER |

DISPOSITION OF ADULT
☐ 1 CITATION  ☒ 2 JAIL  ☐ 3 OTHER

CITE #/BOOKING
1871932

REASON FOR RELEASE

DISPOSITION OF JUVENILE
☐ 1 PETITION  ☐ 2 DETAINED  ☐ 3 INFORMAL

☐ MINOR HELD IN UNLOCKED ROOM
☐ MINOR HELD IN LOCKED CELL

TIME MINOR BROUGHT TO POLICE
FACILITY

SCHOOL STATUS: ☐ ATTENDING  ☐ QUIT  ☐ SUSPENDED
SCHOOL:  CITY:  GRADE:

TIME MINOR RELEASED TO ADULT OR
JUVENILE HALL

FATHER/STEP/GUARDIAN

MOTHER/STEP/GUARDIAN

| ADDRESS | WORK PHONE ( ) | ADDRESS | WORK PHONE ( ) |
|---|---|---|---|
| CITY | HOME PHONE ( ) | CITY | HOME PHONE ( ) |

| VEHICLE LICENSE # | ST | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|
| SEE IMPOUND REPORT | | | | | | |

| VIN # | MILEAGE | COMPATIBLE PLATES ☐ YES ☐ NO | PHOTO TAKEN ☐ YES ☐ NO |
|---|---|---|---|

VEHICLE MISC.

LOCATION OF VEHICLE

ORDERED BY

REGISTERED OWNER

ADDRESS

CITY

GOVERNMENT
EXHIBIT
3

| ARRESTING OFFICER/BADGE # | TRANSPORTING OFFICER/BADGE # | SUPERVISOR SIGNATURE/DATE |
|---|---|---|
| BAUTISTA | PLUARD # 6938 | 4-5-99 |

FORM #305 (REV. 3/98)

# GARDEN GROVE POLICE DEPARTMENT

DISPATCH TIME: 1117
ARRIVAL TIME: 1123
CLEARED TIME: 1209

DR # 99-6071

☒ CRIME/INCIDENT REPORT
☐ DOMESTIC VIOLENCE
☐ BICYCLE REPORT

☐ JUVENILE
☐ HATE CRIME
☐ GSU
☐ CONFIDENTIAL

**REPORTED TO POLICE ON:**

| DAY | DATE | TIME | PRIMARY | RELATED |
|---|---|---|---|---|
| SUN | 4-4-99 | 1117 | PC 166.4 | |

| ADDRESS OF OCCURRENCE | BUSINESS NAME | PHONE | DIVISION | DISTRICT |
|---|---|---|---|---|
| 9645 WESTMINSTER AVE | VIEN DONG | (714) 539-4614 | W | 97 |

| OCCURRED ON: | DAY | DATE | TIME | OR BETWEEN: | DAY | DATE | TIME |
|---|---|---|---|---|---|---|---|
| | SUN | 4-4-99 | 1015 | | SUN | 4-4-99 | 1115 |

**VICTIM / INFORMANT / DISCOVER - LAST**

| LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| VIEN DONG (RESTAURANT) | | | |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| | | | | |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 9645 WESTMINSTER AVE | GG | CA | 92644 | (714) 539-4614 |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

INTERPRETER NEEDED: ☐ YES   **VICTIM PHYSICAL CONDITION:**
LANGUAGE: ☐ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☐ EMOTIONALLY UPSET ☐ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

**VICTIM / INFORMANT / DISCOVER - LAST**

| LAST | FIRST | MIDDLE | CDL NUMBER |
|---|---|---|---|
| LAM | CATHY | (NMN) | N9059420 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| | | | | |

| BUSINESS NAME/ADDRESS OR SCHOOL | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| VIEN DONG 9645 WESTMINSTER AVE | GG | CA | 92644 | (714) 539-4614 |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | DOB | AGE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|
| F | V | 5'0" | 110 | BRN | BRN | 1-1-63 | 36 | 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 |

INTERPRETER NEEDED: ☐ YES   **VICTIM PHYSICAL CONDITION:**
LANGUAGE: ☐ NO IMPAIRMENT ☐ YOUNG/SMALL ☐ ELDERLY ☒ EMOTIONALLY UPSET ☐ SICK/INJURED ☐ MENTAL/PHY. DISB ☐ ALCOHOL/DRUG

| VICTIM VEHICLE: | LICENSE | STATE | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VEHICLE DAMAGE | DISPOSITION OF VEHICLE | PHOTO TAKEN |
|---|---|---|
| | | ☐ YES  ☐ NO |

**PROPERTY CODES**   S-STOLEN   R-RECOVERED   S/R-STOLEN & RECOVERED   L-LOST

| P/C | QTY | ARTICLE | BRAND | MODEL | SERIAL # | DESCRIPTIVE DETAIL | VALUE |
|---|---|---|---|---|---|---|---|
| (DIS) | | LAM, CAROL HANH | | | | DOB: 3-26-72 | |
| | | 9645 WESTMINSTER AVE   GG   CA   92644 | | | | | |
| | | (714) 539-4614 | | | | | |

ADDITIONAL FORMS USED: ☒ NARRATIVE ☒ ARREST ☐ P/E ☐ MO DATA ☐ VEH REPORT ☐ SUSPECT ☐ CSI ☐ OTHER ☒ COPY OF TEMP. RESTRAINING ORDER

| OFFICER/BADGE # | TIME | BROADCAST | PRINT SUPERVISOR NAME/INITIAL |
|---|---|---|---|
| BAUTISTA # 0444 | 1117 | | |

FORM #308  REVISED 07/97

METROPOLITAN POLICE DEPARTMENT
KNOWN/UNKNOWN SUSPECT REPORT

| (1)NAME - LAST,FIRST,MIDDLE | (2)NAME - LAST,FIRST,MIDDLE |
|---|---|
| LE TUAN PHUOC | (UNKNOWN) |
| AKA(S)/MONIKER | AKA(S)/MONIKER |
| ARRESTED AT SCENE AND BOOKED | |
| RESIDENCE ADDRESS | RESIDENCE ADDRESS |
| AT OC'S | |
| CITY,STATE,ZIP    PHONE ( ) | CITY,STATE,ZIP    PHONE ( ) |
| EMPLOYED BY/ADDRESS | EMPLOYED BY/ADDRESS |
| CITY,STATE,ZIP    PHONE ( ) | CITY,STATE,ZIP    PHONE ( ) |

**SUSPECT — Column (1) / (2)**

**SEX**
- 01-UNKNOWN
- 02-MALE  (X)
- 03-FEMALE

**RACE**
- 01-UNKNOWN
- 02-CAUCASIAN
- 03-HISPANIC
- 04-ORIENTAL
- 05-VIETNAMESE  (X)
- 06-SAMOAN
- 07-BLACK
- 08-OTHER
- (1)_____
- (2)_____

HEIGHT  5'5"
WEIGHT  130
FFROA

**HAIR COLOR**
- 01-UNKNOWN
- 02-BLOND
- 03-BLEACHED
- 04-RED
- 05-BROWN
- 06-BLACK  (X)
- 07-GRAY
- 08-SALT/PEPPER
- 09-WHITE
- 10-OTHER
- (1)_____
- (2)_____

**EYE COLOR**
- 01-UNKNOWN  (X)
- 02-LIGHT
- 03-BLUE
- 04-GREEN
- 05-HAZEL
- 06-BROWN
- 07-GRAY
- 08-DARK
- 09-BLACK

DOB  UNK
AGE  MID 20'S

**HAIR LENGTH**
- 01-UNKNOWN  (X)
- 02-BALD
- 03-RECEDING
- 04-THINNING
- 05-SHORT
- 06-COLLAR
- 07-SHOULDER
- 08-LONG

**HAIR STYLE**
- 01-UNKNOWN  (X)
- 02-COMBED BACK
- 03-STRAIGHT
- 04-WAVY/CURLY
- 05-BUSHY
- 06-AFRO/NATURAL
- 07-BRAIDED
- 08-GREASY
- 09-MILITARY
- 10-PUNK
- 11-PONYTAIL
- 12-SHAVEN
- 13-WIG

**FACE**
- 01-UNKNOWN  (X)
- 02-THIN
- 03-LONG
- 04-OVAL
- 05-HIGH CHKBONE
- 06-SQUARE
- 07-ROUND

**COMPLEXION**
- 01-UNKNOWN  (X)
- 02-PALE
- 03-LIGHT
- 04-MEDIUM
- 05-RUDDY
- 06-TANNED
- 07-DARK
- 08-FRECKLED
- 09-ACNE
- 10-POCKED

**FACIAL HAIR**
- 01-UNKNOWN  (X)
- 02-CLEAN SHAVEN
- 03-UNSHAVEN
- 04-FUZZ
- 05-MOUSTACHE
- 06-FU MANCHU
- 07-LOWER LIP
- 08-GOATEE
- 09-SIDEBURNS
- 10-BEARD
- 11-FAKE
- 12-OTHER
- (1)_____
- (2)_____

**TEETH**
- 01-UNKNOWN  (X)
- 02-BRACES
- 03-GLD/SIL FRONT
- 04-BRKN/CHIP
- 05-CROOKED
- 06-DISCOLORED
- 07-DECAYING
- 08-SPACE BETWEEN
- 09-MISSING
- 10-NO TEETH

**BUILD**
- 01-SMALL
- 02-THIN  (X)
- 03-MEDIUM
- 04-MUSCULAR
- 05-LARGE
- 06-STOCKY
- 07-FAT

**GEN'L APPEARANCE**
- 01-UNKNOWN
- 02-WELL GROOMED
- 03-DIRTY/UNKEPT  (X)
- 04-UNUSUAL ODOR
- 05-DISGUISE
- 06-MILITARY

**ADD'L DESCRIPTIVES**
- 01-TWO CLR EYES
- 02-CRS/LAZY EYE
- 03-DIMPLES
- 04-PRC EAR/NOSE
- 05-CLEFT CHIN
- 06-POT BELLY

OFFICER/BADGE#
TRAUTMAN #044

form #374  3/22/88

## GARDEN GROVE POLICE DEPARTMENT
### ARREST NARRATIVE

99-06071
166(4)PC
PAGE 1 OF 4

(S) #1    LE, Tuan Phuoc                          11-19-71
          15123 South Brookhurst #113
          Westminster, CA 92683
          (714) 531-4379

(S) #2    <u>As described by Carol LAM</u>

          male Vietnamese, approximately 5 foot 5,
          approximately 130 pounds, mid-20s, black
          hair, wearing dark clothing, nfd

(V)       Vien Dong restaurant
          9684 Westminster Ave
          Garden Grove, CA 92844
          (714) 539-4614

(I)            LAM, Cathy                          01-01-63
Business: 9684 Westminster Ave
          Garden Grove, CA 92844
          (714) 539-4614

(O)            LAM, Carol Hanh                     03-26-72
Business: 9684 Westminster Ave
          Garden Grove, CA 92844
          (714) 539-4614

(O)       Officer PLUARD #6938
          GGPD

(O)       Officer CASACCIA #1418
          GGPD
          (case number 99-05967)

GARDEN GROVE POLICE DEPARTMENT
ARREST NARRATIVE

99-06071
166(4)PC
PAGE 2 OF 4


     On Sunday, 04-04-99, at 1117 hours, I was dispatched to
9684 Westminster Ave, the Vien Dong restaurant, reference a
court order violation in progress.  The Vien Dong restaurant
is owned by Westminster Councilman Tony LAM.  There were
several protesters protesting near the restaurant to have
Tony LAM recalled from office as a councilman from the city
or Westminster.

     When I arrived, I spoke with Cathy LAM, who was
currently working at her family restaurant, the Vien Dong.
Cathy LAM said that her sister, Carol LAM, observed a
protester, later identified as LE, park his vehicle in the
parking lot, which is for customer parking for the Vien Dong
restaurant and the Thanh Son Tofu store.  Cathy LAM told me
that according to the restraining order, protesters are not
allowed to park in the parking lot and if they do so, it is
a violation of the court order.  Cathy LAM pointed to a
truck that was located at the extreme northeast corner of
the parking lot.  She said that truck was the one that LE
and a friend of his had arrived to the location in at
approximately 1015 hours.  The truck was a blue Toyota
pickup truck, license plate 4H80362.

     Cathy LAM told me that LE was actually the same subject
who had parked in the parking lot approximately two days ago
after being served the court order stating that the
protesters were not supposed to park in the parking lot.
She told me that Officer CASACCIA had taken that report and
LE had not been arrested that day because he was gone when
Officer CASACCIA had arrived.  Officer CASACCIA's report
listing LE as the suspect is under case number 99-05967.
See his report for further information.

     As Cathy LAM was telling me what LE had done, she
pointed to LE, who was walking to the truck.  She said
something to the effect of, "That's him," at which time I
walked towards the truck and detained LE as he was sitting
down in his pickup truck.  I asked him if he had any

BAUTISTA #0444    04-04-99    be/04-05-99    9906071.a1

GARDEN GROVE POLICE DEPARTMENT
ARREST NARRATIVE

99-06071
166(4)PC
PAGE 3 OF 4

identification, and he said, "Yes," and handed me his driver's license. Shortly after, Officer PLUARD arrived at my location and stood by with LE while I went to get further information from Cathy LAM.

When I went to speak with Cathy LAM, she told me that she wanted to place LE under arrest for violation of the court order. I had Cathy LAM sign the Citizens Arrest form, placing LE under private citizens arrest for violation of 166(4)PC, violation of a court order. LE was handcuffed and transported to GGPD by Officer PLUARD.

I went back to speak with Cathy LAM, at which time she told me that Carol LAM could tell me exactly what LE had done to violate the court order since Carol LAM was the one who had seen LE violating the court order.

I spoke with Carol LAM who told me the following. Carol LAM said at approximately 1015 hours, she observed LE and a second male subject park their vehicle in the parking lot directly in front of the Thanh Son Tofu restaurant. She saw LE and the other subject exit the pickup truck and cross Westminster Ave to the north side, where there were several protesters protesting in front of the restaurant. She then observed LE cross the street once again to the south sidewalk of Westminster Ave and walk to the east end of the south sidewalk where there again several protesters protesting against the restaurant. She saw LE standing with the protesters, talking to several of the protesters.

Shortly after, the subject that LE had arrived with went back to LE's truck and pulled out a Vietnamese flag and walked back to the protesters that were located on the south sidewalk east of the Vien Dong restaurant. Carol LAM said she could not identify the other subject that arrived with LE because she had lost sight of him in the crowd and did not recognize him any more.

| BAUTISTA #0444    04-04-99 | be/04-05-99 | 9906071.a1 |

GARDEN GROVE POLICE DEPARTMENT
ARREST NARRATIVE

99-06071
166(4)PC
PAGE 4 OF 4

     Once again, Cathy LAM signed the Citizens Arrest form for the responsible party for the family-owned Vien Dong restaurant.  Cathy LAM and Carol LAM request prosecution of LE for violation of the court order.

     Since LE was arrested from his vehicle, I impounded his vehicle per 22651(h)CVC, incident to an arrest.  After impounding LE's vehicle, I responded to GGPD where I attempted to interview him.

     When I advised LE of his Miranda rights and asked him if he understood his rights, he told me that he did not understand or speak English.  However, he did say that he wanted an attorney.  I was unable to find a Vietnamese translator to have the Miranda rights read to LE once again. Since he also requested an attorney after he had told me he did not understand English or could speak it and told me in English that he wanted and attorney, no further questions were asked of him reference his arrest.

     LE was fingerprinted and photographed.  He was transported to Orange County Jail where he was booked for violation of 166(4)PC, violation of a court order.

     I request that LE be prosecuted for the listed violation.  I also request that a copy of this report be forwarded to Investigations for any further follow-up deemed necessary.

BAUTISTA #0444    04-04-99        be/04-05-99        9906071.a1



**Kathleen M. O'Toole, Commissioner**

### INCIDENT REPORT

| ORIGINAL | | | | | | | STATUS: APPROVED |
|---|---|---|---|---|---|---|---|
| KEY SITUATIONS | | COMPLAINT NO. | RPT DIST. | CAD RA | | RPT RA | CLEAR. DIST. |
| LICENSED PREMISES | | 030271273 | D4 | 624 | | | D4 |
| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | | STATUS | | DATE OCCURRED FROM | | DATE OCCURRED TO |
| A&B PO | ASSAULT & BATTERY | | CLEARED BY ARREST | | 05/25/2003 | | 05/25/2003 |
| LOCATION OF INCIDENT | | | APT | DISPATCH TIME | TIME OCCURRED FROM | | TIME OCCURRED TO |
| 15 LANSDOWNE ST | | | | | 01:40 AM | | 01:40 AM |
| NEIGHBORHOOD | | TYPE OF BUILDING | | PLACE OF ENTRY | | WEATHER | LIGHTING |
| | | | | | | | |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|---|
| | | | | |

UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR

| P E R S O N S | 1 | TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VICTIM | | ZSOLT, MEDVRCZKY AND SGT. DEMESMIN | | | | 0 | | |
| | | ALIAS | | ADDRESS | | GENDER | | RACE | | DOB | AGE |
| | | | | 15 LANSDOWNE STREET , BOSTON MA | | MALE | | WHITE NON-HISPANIC | | 02/09/1969 | 34 |
| | | HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| | | | | N/A | | | | | | | |
| | | OCCUPATION | | | MARITAL STATUS | | CONTACT #1 | | CONTACT #2 | |
| | | BOUNCER | | | | | (508)-579-8790 | | | |
| | | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | |

| P E R S O N S | 2 | TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | REPORTER | | SGT DEMESMIN | | | | 0 | | |
| | | ALIAS | | ADDRESS | | GENDER | | RACE | | DOB | AGE |
| | | | | AREA D-4 , MA | | | | | | | 0 |
| | | HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| | | | | | | | | | | | |
| | | OCCUPATION | | | MARITAL STATUS | | CONTACT #1 | | CONTACT #2 | |
| | | | | | | | | | | |
| | | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | |

| P E R S O N S | 3 | TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | WITNESS | | PO R COLBURN | | | | 0 | | |
| | | ALIAS | | ADDRESS | | GENDER | | RACE | | DOB | AGE |
| | | | | SPECIAL OPERATION K-9 , MA | | | | | | | 0 |
| | | HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| | | | | | | | | | | | |
| | | OCCUPATION | | | MARITAL STATUS | | CONTACT #1 | | CONTACT #2 | |
| | | | | | | | | | | |
| | | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | |

| P E R S O N S | 4 | TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | WITNESS | | ZSOLT, MEDVRCAKY | | | | 0 | | |
| | | ALIAS | | ADDRESS | | GENDER | | RACE | | DOB | AGE |
| | | | | 15 LANSDOWNE , MA | | | | | | | 0 |
| | | HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| | | | | | | | | | | | |
| | | OCCUPATION | | | MARITAL STATUS | | CONTACT #1 | | CONTACT #2 | |
| | | | | | | | (508)-579-8790 | | | |
| | | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | |

GOVERNMENT
EXHIBIT

4

CHARLES 800-733-0099

| PERSON 5 | TYPE WITNESS | NAME (LAST, FIRST, MI) BLAKE JOHN | S.S. NO. 0 | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|---|

| ALIAS | ADDRESS 15 LANSDOWN , MA | | GENDER | RACE | DOB | AGE 0 |
|---|---|---|---|---|---|---|

| HEIGHT | WEIGHT | BUILD | HAIR | | EYES |
|---|---|---|---|---|---|

| OCCUPATION | | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

---

| PERSONS 6 | TYPE OFFENDER | NAME (LAST, FIRST, MI) LEE,TUAN | S.D. NO. 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 | BOOKING NO. 20030101704 | DOCKET NO. |
|---|---|---|---|---|---|

| ALIAS | ADDRESS 58 HANCOCK ST 1, DORCHESTER MA 00000-0000 | | GENDER MALE | RACE ASIAN | DOB 11/15/1973 | AGE 29 |
|---|---|---|---|---|---|---|

| HEIGHT 5-06 | WEIGHT 135 | BUILD SLIM | HAIR BLACK | | EYES BROWN |
|---|---|---|---|---|---|

| OCCUPATION | | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

---

| PERSONS 7 | TYPE OFFENDER | NAME (LAST, FIRST, MI) PHAM,TUAN CAO | S.S. NO. 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 | BOOKING NO. 20030101604 | DOCKET NO. |
|---|---|---|---|---|---|

| ALIAS | ADDRESS 58 HANCOCK ST 1, DORCHESTER MA 00000-0000 | | GENDER MALE | RACE ASIAN | DOB 10/29/1983 | AGE 19 |
|---|---|---|---|---|---|---|

| HEIGHT 5-07 | WEIGHT 210 | BUILD HEAVY | HAIR BLACK | | EYES BROWN |
|---|---|---|---|---|---|

| OCCUPATION | | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

---

| PERSONS 8 | TYPE OFFENDER | NAME (LAST, FIRST, MI) TRAN,CHUONG TRONG | S.S. NO. 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 | BOOKING NO. 20030101504 | DOCKET NO. |
|---|---|---|---|---|---|

| ALIAS | ADDRESS 58 HANCOCK ST 1, DORCHESTER MA 00000-0000 | | GENDER MALE | RACE ASIAN | DOB 02/01/1975 | AGE 28 |
|---|---|---|---|---|---|---|

| HEIGHT 5-06 | WEIGHT 120 | BUILD SLIM | HAIR BLACK | | EYES BROWN |
|---|---|---|---|---|---|

| OCCUPATION | | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

---

NARRATIVE AND ADDITIONAL INFORMATION:

On 5-25-2003 at about 1:45 am. while on patrol on Lansdowne, Sgt. Demesmin observed suspect#1 one Tran, Chukong Trong attempting to gain entrance to club Avalon but was denied access by bouncer Zsolt Medvzky, since the suspect was just forced to leave the club because he was involved in a fight inside the club. The suspect became very upset and DID ASSAULT AND BATTER the bouncer. At that time 3 other suspects joined suspect# 1, second suspect Pham, Tuan Cao, third suspect Leo, Tuan, and fourth suspect Bui Tai. All four suspectS started to assault the bouncer at this time Sgt. Demesmin attempted to place suspect #1 under arrest, then all three other suspects started to assault and batter the officer from the back, at this time to prevent serious injuries to myself and all suspects I discharged my department issued pepper spray toward all suspects. I was then assisted by other bouncers from the club and detail officer R.Colburn, the D201, the D103, the DK01, and the D101. All four suspects continued to be combative but was subsequently subdued and were transported to D-4 where they were treated by amb-A-2 for exposure to pepper spray, suspect Bui Tai requested medical attention for laceration to his head, he was transported to BMC by Amb. A-2. And is currently been guarded by D-4 officers and have not yet been booked.

| UNIT ASSIGNED D605 | SHIFT 3 | REPORTING OFFICER'S NAME DEMESMIN,STANLEY | REPORTING OFFICER'S ID 9278 | PARTNER'S ID 0 |
|---|---|---|---|---|

SPECIAL UNITS NOTIFIED(REPORTING)

| DATE OF REPORT 05/25/2003 | TIME COMPLETED 06:15 AM | APPROVING SUPERVISOR NAME SULLIVAN,RICHARD P | APPROVING SUPERVISOR ID 0020 |
|---|---|---|---|



*Kathleen M. O'Toole, Commissioner*

## INCIDENT REPORT

| ORIGINAL | | | | | | | | STATUS: APPROVED |
|---|---|---|---|---|---|---|---|---|
| **KEY SITUATIONS** | | | COMPLAINT NO. | RPT. DIST. | CAD RA | RPT RA | | CLEAR. DIST. |
| ;DOMESTIC VIOLENCE | | | 040221116 | C11 | 257 | | | C11 |
| UCR INCIDENT DESCRIPTION | | UCR FINAL INCIDENT DESCRIPTION | | STATUS | | DATE OCCURRED FROM | | DATE OCCURRED TO |
| 290A, MALICIOUS DESTRUCTION PROPERTY | | WILFUL & MAL. DESTRUCTION OF PROPERTY W/ARREST | | CLEARED BY ARREST | | 06/02/2004 | | |
| LOCATION OF INCIDENT | | | APT | DISPATCH TIME | | TIME OCCURRED FROM | | TIME OCCURRED TO |
| 58 HANCOCK ST | | | | 04:08 AM | | 04:08 AM | | |
| NEIGHBORHOOD | | TYPE OF BUILDING | | PLACE OF ENTRY | | WEATHER | | LIGHTING |
| COMMERCIAL & RESIDENTIAL | | N/A | | N/A | | CLEAR | | STREET LIGHTS |
| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | | | VICTIM'S ACTIVITY | | SUSPECT RELATIONSHIP TO VICTIM | | |
| ROCK | FOOT | | | HOME | | EX-BOYFRIEND | | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | | | | | | |
| "IAM GOING TO BREAK UP YOUR CAR" | | | | | | | | |

**PERSONS**

**1**

| TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| VICTIM | | BUI,THUY | | | | 0 | | |
| ALIAS | | ADDRESS | | GENDER | RACE | | DOB | AGE |
| | | 58 HANCOCK STREET 2, DORCHESTER MA 00000-0000 | | FEMALE | ASIAN | | 11/15/1972 | 31 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | | |
| | | N/A | | | | | | |
| OCCUPATION | | | MARITAL STATUS | CONTACT #1 | | CONTACT #2 | | |
| UNK | | | UNMARRIED | (857)-222-8804 | | | | |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | | | | | | |

**PERSONS**

**2**

| TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| REPORTER | | BUI,THUY | | | | 0 | | |
| ALIAS | | ADDRESS | | GENDER | RACE | | DOB | AGE |
| | | 58 HANCOCK STREET 2, DORCHESTER MA 00000-0000 | | | | | | 0 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | | |
| | | | | | | | | |
| OCCUPATION | | | MARITAL STATUS | CONTACT #1 | | CONTACT #2 | | |
| | | | | (857)-222-8804 | | | | |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | | | | | | |

**PERSONS**

**3**

| TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| WITNESS | | NGUYEN,HANH | | | | 0 | | |
| ALIAS | | ADDRESS | | GENDER | RACE | | DOB | AGE |
| | | 58 HANCOCK STREET 2, DORCHESTER MA 00000-0000 | | | | | | 34 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | | |
| | | | | | | | | |
| OCCUPATION | | | MARITAL STATUS | CONTACT #1 | | CONTACT #2 | | |
| | | | | (857)-222-8804 | | | | |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | | | | | | |

**PERSONS**

**4**

| TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| OFFENDER | | LE,TUAN PHUOC | | 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 | | 20040122311 | | |
| ALIAS | | ADDRESS | | GENDER | RACE | | DOB | AGE |
| | | 58 HANCOCK ST 1, DORCHESTER MA 00000-0000 | | MALE | ASIAN | | 11/18/1971 | 32 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | | |
| 5-05 | 135 | SLIM | | BLACK | | BROWN | | |
| OCCUPATION | | | MARITAL STATUS | CONTACT #1 | | CONTACT #2 | | |
| | | | | | | | | |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | | | | | | |
| TAN PANTS, GREY SHIRT | | | | | | | | |

GOVERNMENT
EXHIBIT

5

08:42:45 AM

| | STATUS | REG.STATE | REG.NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|---|
| V E H I C L E S | null; VANDALIZED | MA | 86FA21 | PAN | 0 | VAN |
| | VEHICLE MAKE YEAR | V.I.N. | | STYLE | | COLOR(TOP-BOTTOM) |
| | DODGE - 2002 | 1BGP44392B533801 | | MINIVAN | | MAROON - MAROON |
| | OPERATOR'S NAME | | LICENSE NO. | STATE | OPERATOR'S ADDRESS | |
| | N/A | | | N/A | | |
| | OWNER'S NAME | | | OWNER ADDRESS | | |
| | BUI,THUY | | | 58 HANCOCK STREET DORCHESTER MA | | |

| | STATUS | TYPE OF PROPERTY | SERIAL | BRAND NAME - DESCRIPTION | MODEL | VALUE |
|---|---|---|---|---|---|---|
| P R O P E R T Y | | AUTOMOBILES | | N/A - WINDSHIELD,REAR WINDOW | N/A | $0.00 |
| | DESTROYED / DAMAGED / VANDALIZED | AUTOMOBILES | | N/A - WINDSHIELD,REAR WINDOW | N/A | $0.00 |

NARRATIVE AND ADDITIONAL INFORMATION:

ABOUT 4:06AM ON SUNDAY, OFFICERS GRIFFITHS & COLBY ASSIGNED TO THE HK01A UNIT, RESPONDED TO A R/C FOR THE CALLER'S CAR BEING VANDALIZED IN FRONT OF 58 HANCOCK STREET IN DORCHESTER.
UPON ARRIVAL OFFICERS GRIFFITHS & COLBY OBSERVED THE SUSPECT STANDING ON THE FRONT PORCH OF 58 HANCOCK STREET. THEY ALSO OBSERVED THE VICTIM'S M/V (MASS REG 86FA21) WITH THE FRONT WINDSHIELD SMASHED, AND THE REAR WINDOW SMASHED WITH A LARGE ROCK LYING ON THE FLOOR IN THE BACK OF THE VAN. OFFICER COLBY THEN SPOKE WITH THE VICTIM WHO STATED HER EX-BOYFRIEND///SUSPECT IDENTIFIED AS, TUAN LE DOB11/16/71 WHO RESIDES ON THE FIRST FLOOR IF HE COULD TALK TO HER. SHE STATED NO THAT IT WAS LATE AND SHE KNEW HE HAD BEEN OUT DRINKING AND SHE WOULD TALK TO HIM IN THE MORNING. THE SUSPECT BECAME VERY UPSET AND AGITATED AND STATED TO HER, "I'M GOING TO BREAK UP YOUR CAR"!! SHORTLY AFTER THE PHONE CALL(A COUPLE OF MINUTES), THE WITNESS, HANH NGUYEN WHO LIVES ON THE SECOND FLOOR WITH THE VICTIM, HEARD A CRASH AND LOOKED OUT HER WINDOW AND SAW THE SUSPECT STANDING BESIDE THE VAN. THE SUSPECT WAS HIGHLY INTOXICATED AND OFFICERS SMELLED A STRONG ODOR OF ALCOHOL EMANATING FROM HIS PERSON. THE SUSPECT WAS PLACED UNDER ARREST AND TRANSPORTED TO AREA C-11 WERE HE WAS BOOKED AND PROCESSED.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER 0 ID |
|---|---|---|---|---|
| HK01A | 1 | GRIFFITHS,BRIAN J | 11053 | 11591 |
| SPECIAL UNITS NOTIFIED(REPORTING) | | | | |

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERV.SCR ID |
|---|---|---|---|
| 05/02/2004 | 06:28 AM | JOHNSON,JOHN M | 9757 |

Requested by : 96593                                        Requested on : 12/20/2005 08:42:45 AM

                                                                    TOTAL P.04
                                                                    TOTAL P.07



Kathleen M. O'Toole, Commissioner

## INCIDENT REPORT

| ORIGINAL | | | | STATUS: APPROVED |
|---|---|---|---|---|

| KEY SITUATIONS | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR DIST. |
|---|---|---|---|---|---|
| DOMESTIC VIOLENCE | 040272903 | C11 | 257 | | C11 |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|
| 209A, A&B | B&E RESIDENCE NIGHT - NO FORCE | CLEARED BY ARREST | 05/28/2004 | |

| LOCATION OF INCIDENT | | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|---|
| 58 HANCOCK ST | | 1 | 08:47 AM | 08:45 AM | |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|
| RESIDENCE/HOME | 3 FAMILY | FRONT DOOR | CLOUDY | ARTIFICIAL |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|
| HANDS | FOOT | AT HOME | EX-BOYFRIEND |

| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR |
|---|
| |

### PERSONS

**1**

| TYPE | NAME (LAST, FIRST, MI) | E.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| VICTIM | BUI, THAY | | 0 | |

| ALIAS | ADDRESS | | GENDER | RACE | | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | 58 HANCOCK ST 2, DORCHESTER MA 00000-0000 | | FEMALE | ASIAN | | 11/16/1972 | 31 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | N/A | | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| N/A | UNMARRIED | (817)-282-4407 | |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) |
|---|
| |

**2**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| REPORTER | OFFICER LINEHAN | | 0 | |

| ALIAS | ADDRESS | | GENDER | RACE | | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | 40 GIBSON ST . DORCHESTER MA 00000-0000 | | | | | | 0 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | | | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | (817)-343-4330 | |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) |
|---|
| |

**3**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| OFFENDER | LE,TUAN PHUOC | 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 | 20040142111 | |

| ALIAS | ADDRESS | | GENDER | RACE | | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | 58 HANCOCK ST 1, DORCHESTER MA 00000-0000 | | MALE | ASIAN | | 11/16/1971 | 32 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| 5-05 | 135 | SLIM | BLACK | BROWN |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | | |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) |
|---|
| BLUE HAT, TAN SWEATER, BLUE JEANS & WHITE SNEAKERS |

| NARRATIVE AND ADDITIONAL INFORMATION: |
|---|
| |

GOVERNMENT
EXHIBIT
6
CANNELS 800-788-6908

ABOUT 8:52AM OFFICERS LINEHAN/STUDLEY IN THE H103D RESPONDED TO A RADIO CALL FOR A REMOVAL AT 58 HANCOCK ST., DORCHESTER. ON ARRIVAL OFFICERS LINEHAN/STUDLEY SPOKE TO VICTIM (BUI, THUY) WHO STATED ABOUT 8:00AM THIS MORNING THE SUSPECT (LEE, THUAN) ENTERED HER APARTMENT ON THE SECOND FLOOR WENT INTO VICTIM'S BEDROOM GRABBED VICTIM BY THE HAIR AND OPEN HAND SLAPPED VICTIM ACROSS THE RIGHT SIDE OF HER HEAD IN FRONT OF VICTIM'S CHILDREN (JASMINE AGE 8 & CHELSEA AGE 6). VICTIM STATED THAT SHE LIVED WITH THE SUSPECT IN APARTMENT 1, THEN THEY BROKE UP WITH SUSPECT AND VICTIM MOVED OUT OF APARTMENT 1 AND INTO APARTMENT 2. VICTIM AND SUSPECT HAVE NO CHILDREN IN COMMON. VICTIM STATED SHE IS IN FEAR FOR HER SAFETY. VICTIM WAS CRYING ON-SCENE. VICTIM ALSO STATED THAT SUSPECT SMASHED HER CELL PHONE AND THAT WHEN SHE CALLS THE POLICE SUSPECT HITS HER MORE AND ALSO ABUSES HER ALL THE TIME. VICTIM HAD VISIBLE SIGNS OF BRUISING ON HER LEFT ARM THAT SHE STATED WAS FROM THE PREVIOUS DAY. VICTIM REFUSED MEDICAL ATTENTION AND SHELTER. VICTIM STATED SHE WAS LEAVING THE SECOND FLOOR APARTMENT AND GOING TO STAY WITH HER FRIEND. OFFICERS LINEHAN/STUDLEY OBSERVED DAMAGE TO THE BEDROOM IN APT. 1 (SUSPECTS APT.). IN SUSPECTS BEDROOM WAS A MIRROR SMASHED BY A HAMMER AND THE MATTRESS AND BOX SPRING SLASHED MULTIPLE TIMES. SUSPECT STATED THE VICTIM DID THIS BUT DID NOT SEE HER DOING THIS. VICTIM READ HER 209A RIGHTS AND GIVEN COPY IN HAND. VICTIM STATED SHE WAS GOING TO SEEK RESTRAINING ORDER IN DORCHESTER COURT. H812 DETECTIVE MACCLLUM RESPONDED TO SCENE AND TOOK PHOTO'S OF VICTIMS BRUISING AND DAMAGE DONE TO SUSPECTS BEDROOM.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| H103D | 2 | LINEHAN,BRIAN J | 12208 | 11041 |

SPECIAL UNITS NOTIFIED(REPORTING)

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 05/28/2004 | 10:45 AM | LOCKE,MICHAEL | 8657 |