IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| - vs - | § Criminal No. 05-0334 (ESH) |
| TUAN PHOUC LE, | § |
| Defendant. | § |

### GOVERNMENT'S NOTICE OF COMPLIANCE
### REGARDING EXPERT'S REPORT

The United States of America ("United States" or "Government") provides notice hereby of its compliance with the Court's directive of April 13, 2006 regarding the production on or before June 23, 2006 of the report of Raymond Patterson, M.D.

**Nature of the Case**

In this case, Mr. Le has been indicted by a federal grand jury in the District of Columbia, pursuant to 18 U.S.C. § 112(b), for having assaulted the Vice Chairman of the People's Republic of Vietnam, who was in Washington, D.C., on an official visit.

**Mr. Le's Claim of Insanity**

Subsequent to his indictment, Mr. Le filed a notice pursuant to Federal Rule of Criminal Procedure 12.2 (Notice of Insanity Defense). On December 21, 2005, Mr. Le provided in support of his claim of insanity the report (dated December 5, 2005) and certain papers of Cecil B. Harris, Ph.D.

**Mr. Le's Evaluation at FMC-Butner**

Pursuant to this Court's Order of December 2, 2005, and with the concurrence of the parties, Mr. Le reported to the Federal Medical Center at Butner, North Carolina, where he was

evaluated. On April 3, 2006 a 10-page report was generated by Tanya L. Cunic, Psy.D., which report was apparently faxed to the Court on April 14, 2006, and thereafter was provided to the defendant and the government.

### The April 13, 2006 Status

At the status on April 13, 2006, the parties apprised the Court that the government sought to have Mr. Le evaluated by Stephen Lally, PhD., and Raymond Patterson, M.D. The parties advised the Court they had agreed upon dates on which those evaluations could take place. The Court scheduled this matter for a trial beginning on July 31, 2006, and directed the government to produce to the defendant on or before June 23, 2006 the report of Dr. Patterson.[1]

### Dr. Patterson's Report Was Timely Produced to Defendant

In compliance with the Court's directive, on June 23, 2006, the government produced to defendant by fax and first class mail the 9-page report of Raymond Patterson, M.D., dated June 23, 2006.

---

[1] Although no date was identified by the parties or the court for the production of the report of Dr. Lally, the government assumed such report should be produced to the defendant on or before June 23, 2006, as well. In fact, Dr. Lally's 12-page report (dated June 16, 2006) was produced to defendant on June 19, 2006 by fax and first class mail.

Respectfully submitted,

KENNETH L. WEINSTEIN
United States Attorney
D.C. Bar No. 451058


By: _____
BRUCE R. HEGYI
Assistant United States Attorney
D.C. Bar No. 422741
Federal Major Crimes Section
555 4th Street, N.W., Room 4848
Washington, D.C.  20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing GOVERNMENT'S NOTICE OF COMPLIANCE REGARDING EXPERT'S REPORT was served this 23rd day of June, 2006 by First Class Mail, postage pre-paid, on defendant's counsel of record:

      KENNETH M. ROBINSON, ESQUIRE
      717 D STREET, N.W.
      FOURTH FLOOR
      WASHINGTON, D.C. 20004

      _____
      Bruce R. Hegyi