IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| - vs - § § | Criminal No. 05-0334 (ESH) |
| TUAN PHOUC LE, § § | |
| Defendant. § § § | |

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA OF
TUAN PHOUC LE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this factual proffer as a summary of the facts which the United States would have presented, had this matter had gone to trial, and which would have established the defendant's guilt beyond a reasonable doubt. The facts presented below are a summary of the Government's evidence, and are not intended to represent all of the evidence the Government could have presented at trial against this defendant:

1.   Prior to June 21, 2005, **TUAN PHOUC LE**, who was born in Vietnam, resided in a suburb of Atlanta, Georgia;

2.   Prior to June 21, 2005, **TUAN PHOUC LE** learned that the Prime Minister of the Socialist Republic of Vietnam, together with other Vietnamese government officials, was coming, on an official visit, to the United States, and specifically, to Washington, D.C. (among other destinations in the United States.)

3.   Intending to protest the presence of the presence in the United States of the members of the government of the Socialist Republic of Vietnam, **TUAN PHOUC LE** gathered with other similarly-minded persons in Georgia and traveled to Washington, D.C.

4. On June 21, 2005, **TUAN PHOUC LE** participated in a protest near the White House in Washington, D.C.

5. Thereafter, on June 21, 2005, **TUAN PHOUC LE** made his way to the area of the Willard Hotel, in Washington, D.C., where he knew the Vietnamese Delegation was staying, with the intention of continuing his protest.

6. At approximately, 1:00 pm, on June 21, 2005, **TUAN PHOUC LE** observed a motorcade arriving near the rear (F Street, N.W.) entrance to the Willard Hotel and he saw members of the Vietnamese Government Delegation getting out of the motorcade and entering the Willard Hotel. As **TUAN PHOUC LE** watched the members of the Vietnamese Government Delegation making their way into the Willard Hotel, **TUAN PHOUC** became very upset and angry at the presence of the Vietnamese Government Delegation on United States' soil and at the things that had happened in Vietnam.

7. At about that time, **TUAN PHOUC LE** saw that Nguyen Quoc Huy, who was the Vice Chairman of the Prime Minister's Office for the Socialist Republic of Vietnam, and who was a foreign official, an official guest, and an internationally protected person, had stopped outside of the Willard Hotel and was speaking with a pedestrian.

8. Seeing this, **TUAN PHOUC LE** made his way out of the crowd of protesters, ran up to Nguyen Quoc Huy, whose back was turned toward **TUAN PHOUC LE**, and **TUAN PHOUC LE** struck Nguyen Quoc Huy in the side of Nguyen Quoc Huy's head and neck with **TUAN PHOUC LE**'s closed fist, thereby knocking Nguyen Quoc Huy to the ground and causing physical injury to Nguyen Quoc Huy, and then **TUAN PHOUC LE** ran away.

9. **TUAN PHOUC LE's** assault on Nguyen Quoc Huy was done intentionally and purposefully and it was not the result of any accident or mistake.

10. At the time of his assault on Nguyen Quoc Huy, **TUAN PHOUC LE** was able to appreciate the nature, quality, and the wrongfulness of his acts.

11. **TUAN PHOUC LE** is guilty of the sole Count of the Indictment: Assault on a Foreign Official, in violation of 18 U.S.C. § 112(a).

I, TUAN PHOUC LE, HEREBY CERTIFY AND DECLARE THAT ALL OF THE FACTS SET FORTH ABOVE IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

_____7/20/06_____     _____
Date                                    TUAN PHOUC LE
                                        Defendant

I have carefully and completely reviewed this Factual Proffer with my client, Tuan Phouc Le, and he agrees that each of the facts set forth above is true and correct.

_____7/20/06_____     _____
Date                                    KENNETH ROBINSON, ESQUIRE
                                        Attorney for Tuan Phouc Le

### INTERPRETER'S CERTIFICATION

I am certified to interpret Vietnamese into English and English into Vietnamese. I have fairly, accurately, and completely translated each and every word and phrase in the above and foregoing Plea Agreement and Factual Proffer into Vietnamese for TUAN PHOUC LE and I hereby certify that TUAN PHOUC LE understands each word and phrase in the above and foregoing Plea Agreement and Factual Proffer.

_____7/20/06_____     _____
Date                                    Vietnamese Interpreter

                        PHU, BA LONG
                        Printed Name and Address
                        6713 Lumpden St
                        McLean, VA 22101

-3-

For the United States:

_____7/20/06_____   _____
Date                    Bruce R. Hegyi
                        Assistant United States Attorney