HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0334</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Le, Tuan Phuoc | : | Disclosure Date: <u>September 12, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    (X)    There are *probable* material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      9/27/06
**Prosecuting Attorney**                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
**Defendant**                   **Date**           **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 26, 2006</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
        United States Probation Officer

*United States v. Tuan Phouc Le*
Crim. No. 05-334-01 (ESH)

## GOVERNMENT'S ERRATA

### Sentencing Guidelines

**The Government remains satisfied with, and urges the Court to accept, the parties' Rule 11(c)(1)(C) plea agreement and the sentencing scheme included therein.** However, the Government suggests to the Court that, in addition, to the adjustments identified in the PSI (pages 5-6), a good and substantial basis exists for a three level increase because Mr. Le selected the victim of this assault, at least in part, as a result of the victim's the race, national origin, and/or ethnicity of the victim, to wit, Vietnamese. [*See* U.S.S.G. §3A1.1(a)][1] If this three level increase was added, then Mr. Le's Adjusted Offense Level (PSI ¶ 28) would be 18 (rather than 15). In turn, because Mr. Le's Adjusted Offense Level would be "16 or greater," Mr. Le would be eligible for an additional one level reduction for acceptance of responsibility (PSI ¶ 30). [*See* U.S.S.G. § 3E1.1(b)] Hence, Mr. Le's Total Offense Level would be 15 (rather than 13). Therefore, because Mr. Le has a Criminal History Category of II (PSI ¶ 37), his presumptive sentence range would be 21-27 months.

*Contra*: In the interest of transparent candor, the Government acknowledges the existence of a significant counter-argument, to wit, that Mr. Le selected for assault the Vice Chairman of the Socialist Republic of Vietnam because of the Vice Chairman's *politics*, rather than (necessarily and/or in the first instance), because of the Vice Chairman's race, national origin and/or ethnicity.

The Government does not believe the Court need resolve this potential issue, as the Government believes the Court should accept the Rule 11(c)(1)(C) sentencing scheme agreed upon by the parties herein.

---

[1] Section 3A1.1(a) provides, *inter alia*:

> If the finder of fact at trial or, in the case of a plea of guilty or *nolo contendere*, the court at sentencing determines beyond a reasonable doubt that the defendant intentionally selected any victim ... as the object of the offense of conviction because of the actual or perceived race, color, religion, national origin, ethnicity, gender, disability, or sexual orientation of any person, increase by 3 levels.

Id.