

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

*Bruce R. Hegyi*
*Assistant United States Attorney*

*Criminal Division*
*Federal Major Crimes Section*

*555 Fourth St. N.W.*
*Room 4848*
*Washington, D.C. 20530*
*(202) 305-9637*
*(202) 353-9414 (fax)*

October 10, 2006

**FILED**

OCT 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BY FAX and FIRST CLASS MAIL**
KENNETH ROBINSON, ESQ.
717 D STREET, N.W.
4TH FLOOR
WASHINGTON, D.C. 20004

Re:   *United States v. Tuan Phouc Le*, Criminal No. 05-0334 (ESH),
United States District Court for the District of Columbia

## ADDENDUM TO RULE 11(c)(1)(C) PLEA AGREEMENT

Dear Mr. Robinson:

This letter sets forth the addendum to the Rule 11(c)(1)(C) Plea Agreement between this Office and your client, **Tuan Phouc Le** ("Mr. Le" or "defendant"), dated July 12, 2006 and executed by Mr. Le on July 20, 2006 (the "Agreement.") This Addendum modifies only Paragraph 4-A (Sentencing/Imprisonment) and Paragraph 4-B (Sentencing/Supervised Release) of the Agreement, and in all other respects the Agreement is reaffirmed hereby.

The Government and Mr. Le hereby agree and stipulate that Paragraph 4-A (Imprisonment) and Paragraph 4-B (Supervised Release) are modified to read as follows:

   A.   **Imprisonment.** Mr. Le will be sentenced to nine (9) months in prison. Mr. Le will be given credit for seventy-three (73) days as "time served." (Having filed a Rule 12.2 Notice in this case, Mr. Le was an in-patient at the Federal Medical Institution at Butner, North Carolina, from January 18, 2006 through March 31, 2006.)

   B.   **Supervised Release.** Following his release from prison, Mr. Le will be on "Supervised Release" for a term of three (3) years. In addition to general provisions (and/or any other special provisions) that the Court and/or the Probation Office may impose, Mr. Le will have the following special provisions: (i) Mr. Le will participate in, and fully cooperate in, psychological counseling; (ii)

Mr. Le will participate in, and successfully complete, "anger management" counseling; (iii) Mr. Le will stay at least 100 feet away from any and all buildings and/or structures and/or vehicles that are owned, leased, rented, and/or being used by and/or on behalf of, the Government of the Socialist Republic of Vietnam and/or any member and/or component thereof; and (iv) Mr. Le will stay at least 100 feet away from any and all Vietnamese Government officials, employees, and/or personnel. ***MOREOVER,*** Mr. Le and the Government hereby stipulate and agree that the Court should have "zero tolerance" for <u>any</u> violation of these special conditions and/or <u>any</u> future unjustified assaultive conduct by Mr. Le against <u>anyone</u> during the pendency of any period of supervised release. ***FURTHER,*** Mr. Le and the Government hereby stipulate and agree that should Mr. Le violate any of these special conditions and/or engage in any future unjustified assaultive conduct against anyone, a **strong presumption** shall arise that the Court should,.in addition to other potential remedies, impose an additional period of incarceration of nine (9) months. Mr. Le and the Government hereby stipulate and agree that such additional nine (9) month period of confinement is just and proper, among other reasons, because of the nature and circumstances of the offense and the history and characteristics of Mr. Le [*see* 18 U.S.C. § 3553(a)(1)], and because of the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense [*see* 18 U.S.C. § 3553(a)(2)(A)], to afford adequate deterrence to criminal conduct [*see* 18 U.S.C. § 3553(a)(2)(B)], and to protect the public from further crimes of the defendant. [*See* 18 U.S.C. § 3553(a)(2)(C)]

In all other respects, the Rule 11(c)(1)(C) Plea Agreement is hereby reaffirmed.

Sincerely,

JEFFREY A. TAYLOR (D.C. Bar # 498610)
United States Attorney

BRUCE R. HEGYI (D.C. Bar #422741)
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov

## DEFENDANT'S AGREEMENT TO ADDENDUM

I have read, or had read to me, each of the pages constituting this Addendum to the Rule 11(c)(1)(C) Plea Agreement. I have reviewed this Addendum with my attorney, Kenneth Robinson, Esq. I fully understand each of the terms of this Addendum and I agree to each of them. I do this voluntarily and of my own free will. No threats have been made against me to make me enter into either the Agreement or the Addendum. I am not under the influence of any medication, drug, alcohol, or anything else that could prevent or impede me from understanding fully this Addendum.

Absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this the Rule 11(c)(1)(C) Agreement and in this Addendum. I am fully satisfied with the legal services provided by my attorney in connection with this Addendum and the initial Rule 11(c)(1)(C) Agreement and all matters relating to both of them.

I acknowleges that I have been afforded, and he has taken full and complete advantage of, the services of an interpreter of my own choosing in relation arriving at my understanding of the terms, conditions, and effect of this Addendum and I am fully satisfied with the services of the interpreter.

SO STIPULATED and AGREED:

10/12.06
Date

TUAN PHOUC LE
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

With the assistance of a certified interpreter of my choosing, I have read each of the pages constituting the Rule 11(c)(1)(C) Plea Agreement and this Addendum thereto, reviewed all of the provisions of both of them with my client, and discussed fully the provisions of the Agreement and Addendum with my client. These pages accurately and completely set for the entire Addendum. To my knowledge, my client's decision to plead guilty, enter into the Rule 11(c)(1)(C) Plea Agreement and this Addendum thereto have been made knowingly and voluntarily.

SO STIPULATED and AGREED:

10/12/06
Dates

KENNETH ROBINSON, Esquire
Counsel for Defendant

-3-

*I Translated This document in ct. Rm 14, 10/12/06, To Tuan Le & witnessed his signture, Nguyen thi Kimchi*

## INTERPRETER'S CERTIFICATION

I am certified to interpret and translate Vietnamese into English and English into Vietnamese. I have fairly, accurately, and completely translated each and every word and phrase in the above and foregoing Addendum into Vietnamese for TUAN PHOUC LE and I hereby certify that TUAN PHOUC LE understands each word and phrase in the above and foregoing Addendum.

10/12/06
Date

*Nguyen thi Kimchi*
Vietnamese Interpreter
NGUYEN THI KIMCHI
2605 MILITARY ROAD
Printed Name and Address
ARLINGTON, VA 22207